**ORIGINAL**

1  URTNOWSKI & ASSOCIATES, P.C.
        J. Brian Urtnowski (CSB #117720)
2        Lisamarie Graham  (CSB #252827)
   18301 Von Karman Avenue, Suite 200
3  Irvine, CA 92614
   (949) 752-0010
4  (f) (949) 752-9320

5

   Attorneys for: Plaintiff UNITED RENTALS NORTHWEST, INC.
6

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11                          '08 CV 1389 L CAB

12
   United States of America for the use of:     ) DOCKET NO.
13  **UNITED RENTALS NORTHWEST,**              )
   **INC.**, an Oregon corporation,              )
14                                              ) COMPLAINT FOR:
                    Plaintiff,                  )
15  vs.                                         ) 1)  ON BOND (MILLER ACT)
                                               )
16  **PHOENIX CONSTRUCTION**                    ) 2)  BREACH OF CONTRACT
   **SERVICES, INC.**, a California             )
17  corporation; **MRR CONSTRUCTION**          ) 3)  SERVICES RENDERED
   **SERVICES, INC.**, a California             )
18  corporation; **CONTRACTORS**               ) 4)  ACCOUNT STATED
   **BONDING AND INSURANCE**                    )
19  **COMPANY,** a Washington corporation;      ) 5)  OPEN BOOK ACCOUNT
   **WESTERN SURETY COMPANY,** a               )
20  South Dakota corporation; **ROSARIO**      ) 6)  RECOVERY ON CONTRACTOR'S
   **RAMIREZ GIRARD,** an individual;           )     LICENSE BOND
21                                              )
                    Defendants.                 ) 7)   BREACH OF PERSONAL GUARANTY
22  _____         )

23

24  1.      Use Plaintiff UNITED RENTALS NORTHWEST, INC., ("United Rentals"), is and at all

25      times herein mentioned was, a corporation organized and existing by virtue of the laws of

26      the State of Oregon, authorized to do and doing business within the State of California.

27

28  2.      Plaintiff is informed and believes and on that ground alleges that defendant PHOENIX

                            COMPLAINT
                                1

CONSTRUCTION SERVICES, INC., ("PCS"), is and at all times herein mentioned was a corporation organized and existing by virtue of the laws of the State of California, authorized to do and doing business within the State of California.

3.  Plaintiff is informed and believes and on that ground alleges that defendant MRR CONSTRUCTION SERVICES, INC., ("MRR"), is a suspended corporation that was organized and existing by virtue of the laws of the State of California, and that was authorized to do and doing business within the State of California.

4.  Plaintiff is informed and believes that MRR was doing business under the trade name Phoenix Construction Services.  Plaintiff is further informed and believes that PCS is the successor corporation to MRR and that both MRR and PCS are, for all practical purposes, one and the same corporation.  For the purposes of this complaint, PCS and MRR shall collectively be referred to as "Phoenix Construction."

5.  Plaintiff is informed and believes and on that ground alleges that defendant CONTRACTORS BONDING AND INSURANCE COMPANY ("Contractors Bonding") is and at all times herein mentioned was a corporation organized and existing by virtue of the laws of the State of Washington, authorized to do and doing business within the State of California.

6.  Plaintiff is informed and believes and on that ground alleges that defendant WESTERN SURETY COMPANY ("Western-Surety") is and at all times herein mentioned was a corporation organized and existing by virtue of the laws of the State of South Dakota, authorized to do and doing business within the State of California.

7.  Plaintiff is informed and believes and on that ground alleges that defendant ROSARIO RAMIREZ GIRARD ("Girard") is and at all times herein mentioned was a resident of the

County of Riverside, State of California.

8.   Plaintiff is informed and believes jurisdiction over the subject matter of this lawsuit in conferred on this Court by virtue of 28 U.S.C. §1352 and 40 U.S.C. §270(b).   Jurisdiction over the Second, Third, Fourth, Fifth, Sixth and Seventh Claims for Relief is provided under the principles of pendent jurisdiction. Venue is proper in the Southern District because a substantial part of the events or omissions giving rise to the claim occurred in this District.

9.   On information and belief, at all times mentioned herein, defendants were acting as the agent and/or employee of each remaining defendant, and acting within the course and scope of said agency and/or employment, and that each fictitiously named defendant is responsible in some manner for the occurrences herein mentioned and that plaintiff's damages as herein mentioned were approximately caused by such defendants and each of them.

## FIRST CLAIM FOR RELIEF

**(Claim On Miller Act Payment Bond against Defendants Phoenix Construction and Contractors Bonding)**

**(49 Stat. 793, c. 642, § 1; 40 U.S.C. §§270a-270e)**

10.   Plaintiff realleges and incorporates by reference the applicable allegations of paragraph 1 through 9 of this complaint, inclusive.

11.   United Rentals is informed and believes and thereon alleges that the N.A.S.A. California Institute of Technology Jet Propulsion Lab ("JPL") is, and at all times herein mentioned was a subdivision of the United States qualified to do and doing business in the State of California pursuant to and authorized by the laws of the State of California.

12.   United Rentals is informed and believes and thereon alleges that sometime prior to May

2007, the United States of America, through the JPL, awarded a contract ("JPL Contract"), contract number presently unknown to plaintiff, for that certain work of improvement at the Jet Propulsion Laboratory located at 4800 Oak Grove Drive, Bldg. 79, City of Pasadena, County of Los Angeles, State of California, within the Southern District of California ("JPL Improvement").

13.  United Rentals is informed and believes and thereon alleges that sometime before May 2007, defendant Phoenix Construction, as principal, and defendant Contractors Bonding, as surety, acting through and in connection with defendants, executed and delivered a payment bond, ("JPL Bond"), in a penal sum sufficient to guaranty the payment to all persons supplying labor, materials and equipment in the prosecution of the work provided for in the JPL Contract and in any and all duly authorized modifications thereof, which said bond was executed and delivered as aforesaid in accordance with the provisions of an act of the Legislature of the United States of America, dated August 24, 1935, 49 Stat. 793, as amended (40 U.S.C. §§ 3131-3313). Plaintiff has submitted to the Jet Propulsion Laboratory a request for said bond and contract and will produce these documents immediately upon plaintiff's receipt

14.  During the course of the performance and prosecution of this public work, and under and by virtue of the JPL Contract, and from on or about February 2, 2007, until on or about January 16, 2008, United Rentals entered into a series of rental agreements ("Agreements") with defendant Phoenix Construction, the material terms of which were that plaintiff agreed to and did furnish to defendants certain materials, equipment, fuels and services, (collectively, "Equipment"), and defendant agreed to pay for same. (Accurate copies of the face pages of the Agreements and summary of the Agreements is attached hereto as **EXHIBIT "1"**.) The Agreements incorporated the terms of a Credit Application ("United Rentals Credit Application") executed by Phoenix Construction and/or its representatives, which provided, among other things, for the recovery of attorneys fees, reasonable court costs, late charges,

service fees and or interest upon the late payment or the failure to pay any of the Agreements. (An accurate copy of the face page of the Credit Application is attached hereto as **EXHIBIT "2"**.)

15. The Equipment furnished by United Rentals for the prosecution of the JPL Improvement was and is reasonably worth the sum of not less than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67), plus interest according to proof.

16. Within ninety (90) days from the date on which United Rentals furnished the last of the Equipment for which its claim hereunder is made, United Rentals gave written notice to defendant Phoenix Construction, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, which said notice was served on defendant.

17. More than ninety (90) days have elapsed since the date on which the Equipment was furnished to defendant and there is now due, owing and unpaid to United Rentals the sum of not less than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67), plus interest according to proof, plus costs and reasonable attorneys, fees.

18. The Equipment furnished by use plaintiff United Rentals in the prosecution of the JPL Improvement, were and are reasonably worth the sum of not less than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67), after deducting all just credits and offsets, and the same has not been paid, neither the whole nor any part thereof.

## SECOND CLAIM FOR RELIEF

**(Breach of Contract against Defendant Phoenix Construction)**

19.  United Rentals realleges and incorporates herein by reference the applicable allegations of paragraphs 1 through 18, inclusive, of this Complaint.

20.  Pursuant to the Agreements between United Rentals and defendant Phoenix Construction, United Rentals furnished Equipment to defendant and has fully performed all the terms and conditions on its part to be performed pursuant to the Agreements.

21.  Although demand has been made therefor, defendant has failed and refused to pay any of the amounts owed to United Rentals for the Equipment to Phoenix Construction by United Rentals under the Agreements, in breach of the Agreements.

22.  As a result of defendant's breach of the Agreements, United Rentals has been damaged in the sum of at least TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67), plus interest according to proof, plus costs and reasonable attorneys' fees.

## THIRD CLAIM FOR RELIEF

**(For Services Rendered against Defendant Phoenix Construction)**

23.  Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 22 of this complaint, inclusive.

23.  Within the last four years, defendant Phoenix Construction became indebted to plaintiff in the sum of not less than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67), for Equipment furnished by plaintiff to

1    defendant at the special instance and request of defendant, for which Phoenix Construction

2    agreed to pay plaintiff the above sum.

3

4    24.    No part of the above sum has been paid, notwithstanding plaintiff's demand therefor, and

5    there is now due, owing and unpaid from Phoenix Construction to plaintiff the sum of not less

6    than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-

7    SEVEN CENTS ($24,494.67), together with interest thereon at the highest legal rate

8    according to proof plus reasonable attorneys' fees and costs.

9

10    **FOURTH CLAIM FOR RELIEF**

11    **(For Account Stated against Defendant Phoenix Construction)**

12

13    25.    Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1

14    through 24 of this complaint, inclusive.

15

16    26.    Within the last four years, an account was stated in writing by and between plaintiff and

17    defendant Phoenix Construction wherein it was agreed that Phoenix Construction was

18    indebted to plaintiff in the sum of not less than TWENTY-FOUR THOUSAND FOUR

19    HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67), for materials,

20    equipment, fuels and services furnished by plaintiff to Phoenix Construction at the special

21    instance and request of Phoenix Construction for which Phoenix Construction agreed to pay

22    plaintiff the above sum.

23

24    27.    No part of the above sum has been paid, notwithstanding plaintiff's demand therefor, and

25    there is now due, owing and unpaid from Phoenix Construction to plaintiff the sum of not less

26    than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-

27    SEVEN CENTS ($24,494.67) together with interest thereon at the highest legal rate according

28    to proof plus reasonable attorneys' fees and costs.

## FIFTH CLAIM FOR RELIEF

### (Open Book Account against Defendant Phoenix Construction)

28.    Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 27 of this complaint, inclusive.

29.    Within the last four years, defendant Phoenix Construction became indebted to plaintiff on an open book account for money due in the sum of not less than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67) for Equipment furnished by plaintiff to defendant at the special instance and request of Phoenix Construction for which Phoenix Construction agreed to pay plaintiff the above sum, plus interest thereon at the highest legal rate per annum, and reasonable attorneys' fees and costs.

30.    Neither the whole nor any part of the above sum has been paid, although demand has been made therefor, and there is now due, owing and unpaid from Phoenix Construction to plaintiff the sum of not less than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67), together with interest thereon at the highest legal rate according to proof plus reasonable attorneys' fees and costs.

## SIXTH CLAIM FOR RELIEF

### (Recovery on Contractor's License Bond Against Defendants
### Western Surety and Phoenix Construction)

31.    Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 30 of this complaint, inclusive.

32. As more fully alleged herein, defendant Phoenix Construction agreed to construct the JPL Improvement.

33. During the course of the performance and prosecution of this public work, and under and by virtue of the JPL Contract, and from on or about February 2, 2007, until on or about January 16, 2008, United Rentals entered into the Agreements with defendant Phoenix Construction, the material terms of which were that plaintiff agreed to and did furnish to defendants certain Equipment, and defendant agreed to pay for same. (Accurate copies of the face pages of the Agreements and summary of the Agreements is attached hereto as **EXHIBIT "1"**.) The Agreements incorporated the terms of a United Rentals Credit Application executed by Phoenix Construction, which provided, among other things, for the recovery of attorneys fees, reasonable court costs, late charges, service fees and or interest upon the late payment or the failure to pay any of the Agreements. (An accurate copy of the face page of the United Rentals Credit Application is attached hereto as **EXHIBIT "2"**.)

34. Despite demand therefore, Phoenix Construction failed and continues to fail to pay to United Rentals the sum of not less than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67) for the equipment, materials and services furnished by United Rentals to defendants for their use.

35. Upon the application of defendant Phoenix Construction, license no. 688023, to the Registrar of Contractors of the Contractors' State License Board of the Department of Professional and Vocational Standards of the State of California for a contractor's license or renewal thereof, and in accordance with the provisions of Section 7071.6 of the *Business and Professions Code* of the State of California, said defendants filed with said Registrar a bond issued by Western Surety, bond no. 14776232, in the sum of $12,500.00 conditioned upon full compliance by defendant Phoenix Construction with all of the provisions of Division 3, Chapter 9 of the

*Business and Professions Code* of the State of California, and inuring to the benefit of any person damaged as a result of a violation of said Chapter by said defendant licensees.

36.   In connection with the construction of the JPL Improvement by defendant Phoenix Construction, defendant failed to comply with the provisions of Division 3, Chapter 9 of the *Business and Professions Code* in that defendant diverted funds received for the completion of said specific construction projects and/or failed substantially to account for the application or use of such funds and failed to pay for the materials furnished by United Rentals therefor as aforesaid, in violation of Sections 7108 and 7120 of the California *Business and Professions Code*, and plaintiff has been damaged as a result thereof in an amount exceeding the penal sum of said bond as alleged.

37.   United Rentals now seeks the sum of these defendants' penal bond, in an amount not less than TWELVE THOUSAND DOLLARS ($12,500.00), together with interest according to proof, plus costs of collection  including reasonable attorneys' fees.

## SEVENTH CLAIM FOR RELIEF
### (Breach of Personal Guaranty Against defendant Girard)

38.   Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 37 of this complaint, inclusive.

39.   On or about April 15, 1992, defendants Phoenix Construction and Girard executed the United Rentals Credit Application.  Concurrently with the execution of the United Rentals Credit Application, defendant Girard agreed, in writing, to unconditionally guarantee (the "United Rentals Personal Guarantee Agreement") the full and prompt payment to plaintiff of all current and future indebtedness, obligations and liabilities owing from Phoenix Construction. (See, **EXHIBIT "2"**.)  Further, on or about May 28, 1997, defendants Phoenix Construction

and Girard executed another credit application (the "Able Equipment Credit Application"). Concurrently with the execution of the Able Equipment Credit Application, defendant Girard agreed, in writing, to unconditionally guarantee (the "Able Equipment Personal Guarantee Agreement") the full and prompt payment to Able Equipment Rental Company ("Abel Equipment") of all current and future indebtedness, obligations and liabilities owing from Phoenix Construction. (See, **EXHIBIT "3".**) United Rentals is the successor-in-interest to Able Equipment. Thereafter, defendant Phoenix Construction became indebted to plaintiff in the amount of TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67). Despite demand therefore, defendant Girard has refused to pay, and continue to refuse to pay such indebtedness to plaintiff as requested.

40.     Despite demand therefore, defendant Girard failed and continues to fail to honor the United Rentals Personal Guarantee Agreement, failed and continued to fail to honor the Abel Equipment Personal Guarantee Agreement, and failed and continues to fail to pay to United Rentals the sum of not less than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67) for the equipment, materials and services furnished by United Rentals to defendants for their use.

41.     Pursuant to the terms of the Agreements, the United Rentals Personal Guarantee Agreement, and the Able Personal Guarantee Agreement, defendants also promised to pay a service charge and costs of collection, including reasonable attorneys' fees.

42.     Plaintiff has fully performed all the terms and conditions on its part to be performed pursuant to the Agreements, the United Rentals Personal Guarantee Agreement and the Able Equipment Personal Guarantee Agreement.

43.    Although demand has been made therefor, defendant Girard has failed, neglected and refused to pay any of the amounts owed to plaintiff, in breach of the Agreement and the Personal Guarantee Agreement.

44.    As a result of defendants' breach of the Agreements, the United Rentals Personal Guarantee Agreement and the Able Equipment Personal Guarantee Agreement., plaintiff has been damaged in the sum of not less than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67), together with interest thereon at the highest legal rate according to proof plus reasonable attorneys' fees and costs.

**PRAYER**

**THEREFORE,** use plaintiff United Rentals Northwest, Inc. prays for judgment as follows:

AS TO THE FIRST CLAIM FOR RELIEF:

1.    Against Phoenix Construction and Contractors Bonding, jointly and severally, in the sum of no less than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67).

2.    For interest thereon according to proof;

3.    For costs of suit incurred herein;

4.    For reasonable attorneys' fees; and,

5.    For such other and further relief as the Court deems just and proper.

AS TO THE SECOND THROUGH FIFTH CLAIMS FOR RELIEF

1.    Against Phoenix Construction, the sum of no less than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67);

2.    For interest thereon according to proof;

3.    For costs of suit incurred herein;

4.    For reasonable attorneys' fees; and,

5.    For such other and further relief as the Court deems just and proper.


<u>AS TO THE SIXTH CLAIM FOR RELIEF:</u>

1.    For judgment against defendants Western Surety and Phoenix Construction, jointly and severally, for the sum of not less than TWELVE THOUSAND FIVE HUNDRED DOLLARS ($12,500.00);

2.    For interest thereon according to proof;

3.    For costs of suit incurred herein;

4.    For reasonable attorneys' fees;

5.    For such other relief as the Court deems just and proper.


<u>AS TO THE SEVENTH CLAIM FOR RELIEF:</u>

1.    For judgment against defendant Girard in the sum of no less than TWENTY-FOUR THOUSAND FOUR HUNDRED NINETY-FIVE DOLLARS SIXTY-SEVEN CENTS ($24,494.67).

2.    For interest thereon according to proof;

6.    For costs of suit incurred herein;

7.    For reasonable attorneys' fees;

8.    For such other relief as the Court deems just and proper.


Dated: July 31, 2008                    URTNOWSKI & ASSOCIATES, P.C.


                                        By: _____
                                            J. Brian Urtnowski
                                            Attorneys for United Rentals Northwest, Inc.

COMPLAINT

13

**EXHIBIT 1**

2/06/08   11:01:44
System: UNITED

Status: H  Total $:
Cust #: 683293
Open: Y  Paid: N

24495.67   PHOENIX CONST SVCS RIVERSIDE   Phone: 951-781-4949

Customer Invoice Inquiry

Cmp: U1
Page: 1

| Invoice # | Date | Loc | ST | Balance | Type | Job Location | P.O. # | Signature |
|---|---|---|---|---|---|---|---|---|
| 6257636-001 | 2/02/07 | 510 | OP | 251.40 | W | 4800 OAK GROVE DRIVE, | P.O.# 1011278 | <--- Filters |
| 6460079-001 | 5/26/07 | B68 | PP | 228.30 | R | 4800 OAKGROVE DRIVE, PASADEN | 306 | |
| 6541353-001 | 6/07/07 | 551 | PP | 1959.00 | R | 4800 OAKGROVE DRIVE, PASADEN | 356 | |
| 6572368-001 | 6/21/07 | 502 | OP | 964.54 | R | 4800 OAKGROVE DRIVE, PASADEN | 264 | KEVIN |
| 6602555-001 | 6/28/07 | 502 | OP | 290.94 | R | 4800 OAK GROVE DRIVE, PASADE | 384 JOB#384 | |
| 6631573-002 | 7/06/07 | 502 | OP | 313.67 | R | 4800 OAKGROVE DRIVE, PASADEN | 360 | KEVIN |
| 6630017-001 | 7/06/07 | 502 | OP | 475.68 | W | 4800 OAK GROVE DRIVE, | POE 306 J# 306 | |
| 6645031-001 | 7/05/07 | 502 | OP | 550.91 | R | 4800 JPL DRIVE | 306 | |
| 6616064-001 | 7/15/07 | 502 | OP | 3297.79 | R | 4800 OAKGROVE DRIVE, PASADEN | 000050 | |
| 6617504-001 | 7/16/07 | 502 | OP | 2558.25 | R | 4800 OAKGROVE DRIVE, PASADEN | 306 | |
| 6166664-002 | 7/17/07 | 502 | OP | 166.31 | R | 4800 OAKGROVE DRIVE, PASADEN | 306 | |
| 6429526-001 | 7/17/07 | 502 | OP | 1780.44 | R | 4800 OAK GROVE DRIVE, PASADE | POE 306 J# 306 | KEVIN |
| 6636481-003 | 7/17/07 | 502 | OP | 2013.67 | R | 4440 OAK MOUNTAIN ROAD, W JPL378 | J# 306 | PAT |
| 6693014-001 | 7/26/07 | 510 | OP | 753.91 | W | 4800 OAK GROVE DRIVE, PASADE | JPL378 | |
| 6690068-001 | 7/26/07 | 502 | OP | 541.30 | R | 4800 OAKGROVE DRIVE, PASADEN | 306 | |
| 6699985-001 | 7/30/07 | 502 | OP | 313.67 | R | 4800 OAKGROVE DRIVE, PASADEN | 397 | |
| 7185443-001 | 8/08/07 | 502 | OP | 276.87 | R | 4800 OAKGROVE DRIVE, PASADEN | 412 | |
| 7209935-001 | 8/07/07 | 502 | OP | 786.10 | R | 4800 OAKGROVE DRIVE, PASADE | 420 | |
| 6731751-001 | 8/13/07 | 502 | OP | 563.99 | R | 4800 OAK GROVE DRIVE, PASADE | 72 | |
| 7379951-001 | 8/14/07 | 502 | OP | 231.67 | R | 4800 OAKGROVE DRIVE, PASADE | 415 | |
| 6747585-001 | 8/18/07 | 502 | OP | 322.67 | R | 4800 OAKGROVE DRIVE, PASADE | 214 | |
| 6760614-001 | 8/20/07 | 502 | OP | 507.83 | R | 4800 OAK GROVE DRIVE, PASADEN | 415 | |
| 6763467-001 | 8/20/07 | 502 | OP | 507.83 | R | 4800 OAK GROVE DRIVE, | 362 | |
| 6760567-001 | 8/21/07 | 502 | OP | 331.30- | R | 4800 OAK GROVE DRIVE, | 360 | |
| 6636481-001 | 8/24/07 | 510 | OP | 608.46- | R | CK#10844  082007 | 505 | |
| 44 | 8/24/07 | 608 | 46- | | R | 24490 TABLE MOUNTAIN ROAD, W | | |
| 6770139-001 | 8/29/07 | 502 | OP | 331.85 | R | 4800 OAK GROVE DRIVE, | 364 | |
| 6780902-001 | 8/29/07 | 502 | OP | 521.85 | R | 4800 OAK GROVE DRIVE, | 446 | |
| 6737051-001 | 9/06/07 | 502 | OP | 313.67 | R | 4800 OAK GROVE DRIVE, PASADE | 429 | |
| 6835628-001 | 9/24/07 | 502 | OP | 374.84 | R | 4800 OAK GROVE DRIVE, PASADE | 364 | |
| 6901201-001 | 9/28/07 | 502 | OP | 374.30 | R | 4800 OAK GROVE DRIVE, PASADE | 364 | |
| 6881775-001 | 10/18/07 | 502 | OP | 291.91 | R | 4800 OAK GROVE DRIVE, PASADE | 505 | |
| 6918661-001 | 10/24/07 | 502 | OP | 756.21 | W | 4800 OAK GROVE DRIVE, PASADE | 364 | |
| 6900110-008 | 10/26/07 | 550 | OP | 354.90 | R | BEACH BLVD & WESTMINIST | 435541 | DEBBIE REAVES |
| 6900110-008 | 10/23/07 | 550 | OP | 544.14 | R | BEACH 560, YERMO | 184605 | DEBBIE REAVES |
| 5387178-009 | 1/16/08 | 510 | OP | 711.16 | R | BLDG 560, YERMO | 184605 | |

*** 

Total Current Balance:    24495.67
Total # of records:            40



Case 3:08-cv-01389-

LOCATION #510
UNITED RENTALS
12 MARIPOSA AVENUE
HESPERIA, CA 92345
760-947-4810



# WORK ORDER INVOICE
## *Copy*

**Job Site**

YERMO MARINE BASE

C#: 951-781-4949 J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

Customer #.. 683293
Invoice#.... 62576436-001
Date........ 2/02/07
Job Loc..... YERMO MARINE BASE
Job No......
P.O. #...... 1011278
Authorized..
Received on. 2/02/07
Finished on. 2/02/07
Last con/cus 66224540/ 935083
Written by.. UR510BM

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| EQUIP # | Make | Model | Serial # | Description |
|---------|------|-------|----------|-------------|
| 183976 | SKYTRAK | 8042 | T0945A6387 | FORKLIFT VAR REACH 8 |
| Hr Meter: | 1817.400 | | | Cat/Class 233-1370 |

Work To Be Done
TIRE REPAIR LEFT FRONT

PARTS:

| Qty | Part Number | Description | Stk/Cls | Bin Loc | U/M | Price | Extended |
|-----|-------------|-------------|---------|---------|-----|-------|----------|
| 1 | TR | TIRE REPAIR | MCI | | EA | 250.100 | 250.10 |
| 1 | ENV | ENVIRONMENTAL CHARGE | MCI | | EA | 1.200 | 1.20 |

|  |  |
|--|--|
| Total Parts & Materials | 251.30 |
| Tax | .10 |
| **Total Amount** | **251.40** |



**IMPORTANT - PLEASE READ CAREFULLY**   CUSTOMER AGREES TO ALL TERMS AND CONDITIONS SHOWN ON THE BACK, AND FRONT, OF THIS CONTRACT. CUSTOMER ASSUMES FULL RESPONSIBILITY FOR ALL ITEMS, INCLUDING THEIR SAFETY AND PROPER USE, OPERATION, MAINTENANCE, STORAGE, AND TRANSPORTATION.
**WARRANTY DISCLAIMER:**  AS DESCRIBED ON THE BACK OF THIS CONTRACT, UNITED RENTALS MAKES NO WARRANTIES OF MERCHANTABILTY OR FITNESS FOR A PARTICULAR PURPOSE, OR ANY OTHER WARRANTIES, ESPRESS OR IMPLIED.
THE TERMS AND CONDITIONS ON THIS SERVICE CONTRACT FORM THE SOLE AGREEMENT BETWEEN CUSTOMER AND UNITED RENTALS.
CUSTOMER ACKNOWLEDGES THAT HE HAS RECIVED IN GOOD ORDER ALL ITEMS, SERVICE AND OTHER GOODS LISTED ON THE FACE OF THIS CONTRACT.

X _____
CUSTOMER SIGNATURE      DATE      NAME PRINTED                    UNITED RENTALS AGENT        DATE

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**

**LOCATION #B68**
**1113 WEST ORANGE GROVE AVENUE**
**BURBANK, CA 91502**
**818-566-7785**
**818-566-7104 FAX**

# United Rentals®
Trench Safety

# 4 WEEK BILLING INVOICE
## ** COPY **

| | |
|---|---|
| **Job Site** | JPL<br>4800 OAK GROVE DRIVE BLD 79<br>MP 535 E-5<br>PASADENA, CA 91103<br>C#: 951-781-4949 J#: 951-538-3750 |
| **Customer** | PHOENIX CONST SVCS RIVERSIDE<br>2305 CHICAGO AVE<br>RIVERSIDE, CA 92507 |

Customer.... 683293
Invoice #... 64663079-001
Invoice date 5/26/07
Date out.... 5/01/07    9:00 AM
Billed thru. 5/29/07

Job Loc...... 4800 OAK GROVE DRIVE,
Job No...... 1 - JPL
P.O. #...... 306
Ordered By.. KEVIN
Written by.. CYCLE BILL
Salesperson.    99
Terms....... Net 30 Days

**PLEASE REMIT PAYMENT TO:**
**UNITED RENTALS NORTHWEST, INC.**
**FILE 51122**
**LOS ANGELES, CA 90074-1122**

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 4 | KIT:5' SHORE 52-88" CYL | 45.32 | 11.00 | 45.32 | 135.96 | 543.84 |
| 1 | HAND PUMP FOR SHORING | 24.00 | 6.00 | 24.00 | 72.00 | 72.00 |
| 1 | RELEASE TOOL 48IN | 4.00 | 1.00 | 4.00 | 16.00 | 16.00 |
| 2 | FIN BOARD 4X8 | 15.44 | 3.86 | 15.44 | 46.31 | 92.62 |
| | DELIVERY CHARGE | | | | | 75.00 |

JPL
4800 OAK GROVE DRIVE
PASADENA
MP 535 E-5 KEVIN (951)538-3750

BILLED FOR FOUR WEEKS 5/01/07 THRU 5/29/07 09:00 AM
RENTAL PROTECTION DECLINED

Sub-total: 799.46
Tax: 65.97
Total: 865.43



COPY

**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence. **Customer Accepts (_____ )** **Customer Declines (_____ )**

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**



# United Rentals

LOCATION #551
1192 EAST ARROW HIGHWAY
BALDWIN PARK, CA 91706
626-962-4468
626-960-7376 FAX



# RENTAL RETURN INVOICE
## ** COPY **

**Job Site**

JPL
4800 OAK GROVE DRIVE BLD 79
MP 535 E-5
PASADENA, CA 91103
C#: 951-781-4949 J#: 951-538-3750

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 65413353-001 |
| Invoice date | 6/07/07 |
| Date out.... | 5/30/07  7:30 AM |
| Date in..... | 6/04/07  12:17 PM |
| Job Loc..... | 4800 OAK GROVE DRIVE, |
| Job No...... | 1 - JPL |
| P.O. #...... | 306 |
| Ordered By.. | KEVIN |
| Written by.. | UR551AR |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | BACKHOE BREAKER LARGE   * | 312.00 | 312.00 | 1226.00 | 3360.00 | 1226.00 |
| | 519397   Make: UB  Model: UB303  Ser #: 50299 | | | | | |
| 1 | RAMMER LG 29-3600 LBS/BLOWS * | 54.00 | 89.00 | 392.00 | 1176.00 | 392.00 |
| | 774642   Make: BOMAG  Model: BT60/4  Ser #: 101540367382 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 7.760 | 7.76 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| .21 | GAS | MCI | EA | 5.980 | 1.26 |
| | GAS | | | | |
| | UM: (EA) EACH | | | | |
| | DELIVERY CHARGE | | | | 95.00 |
| | PICKUP CHARGE | | | | 95.00 |

JPL
4800 OAK GROVE DRIVE
PASADENA
MP 535 E-5 KEVIN (951)538-3750

RENTAL PROTECTION DECLINED

| | |
|---|---|
| Sub-total: | 1815.76 |
| Fuel: | 1.26 |
| Tax: | 141.98 |
| Total: | 1959.00 |



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge  equal to 14%  of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    *Customer Accepts (_____)*             *Customer Declines (_____)*

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14%  of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4)  This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

LOCATION #502
1040 EAST FIRESTONE BLVD
DOWNEY, CA 90241
562-861-0978
562-861-4489 FAX

Page: 1

# United Rentals



## RENTAL RETURN INVOICE
### ** COPY **

**Job Site**

JPL
4800 OAKGROVE DRIVE
PASADENA, CA 91101

C#: 951-781-4949 J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 65763662-001 |
| Invoice date | 6/20/07 |
| Date out.... | 6/12/07    6:00 AM |
| Date in..... | 6/15/07    8:34 AM |
| Job Loc..... | 4800 OAKGROVE DRIVE, PASADENA |
| Job No..... | 2 - JPL - JPL |
| P.O. #..... | 356 |
| Ordered By.. | KEVIN |
| Written by.. | UR50200 |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | BOOM 40FT-50FT IC ARTIC 4WD * | 269.00 | 269.00 | 998.00 | 2790.00 | 538.00 |
| | 471445    Make: JLG  Model: 450AJ  Ser #: 0300069562 | | | | | |
| | HR OUT:  882.70    HR IN:  886.40    TOTAL:    3.70 | | | | | |
| | 45'artic boomlift subbing for 40'strght. | | | | | |
| | 1 fire exting    ***Ur502/unit********** | | | | | |
| | 1 manaul 1/key | | | | | |
| | 86 prop/tnk. | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 2.580 | 2.58 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 9 | GAS | MCI | EA | 5.980 | 53.82 |
| | GAS | | | | |
| | UM: (EA) EACH | | | | |

| | | |
|---|---|---|
| DELIVERY CHARGE | | 95.00 |
| PICKUP CHARGE | | 95.00 |

CONTACT KEVIN 951 538 3750
Bldng# 230

| | |
|---|---|
| Sub-total: | 730.58 |
| Fuel: | 53.82 |
| Tax: | 52.45 |
| **Total:** | **836.85** |

RENTAL PROTECTION DECLINED

COPY

*ENVIRONMENTAL CHARGE: The Items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14%  of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts  (_____)          Customer Declines  (_____)**

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14%  of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

CUSTOMER SIGNATURE          DATE          NAME PRINTED                    DELIVERED BY          DATE
A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

**LOCATION #502**
**9506 EAST FIRESTONE BLVD**
**DOWNEY, CA   90241**
**562-861-0978**
**562-861-4489 FAX**

# United Rentals

*Page:   1*

# RENTAL RETURN INVOICE
## ** COPY **

JPL
4800 OAKGROVE DRIVE
PASADENA, CA   91101

C#: 951-781-4949   J#: 951-781-4949

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 65722808-002 |
| Invoice date | 6/21/07 |
| Date out.... | 6/11/07   7:00 AM |
| Date in..... | 6/20/07   12:36 PM |

Job Loc..... 4800 OAKGROVE DRIVE, PASADENA
Job No...... 2 - JPL - JPL
P.O. #...... 264
Ordered By.. KEVIN
Written by.. UR50200
Salesperson. 6686
Terms....... Net 30 Days

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA   92507

**PLEASE REMIT PAYMENT TO:**
**UNITED RENTALS NORTHWEST, INC.**
**FILE 51122**
**LOS ANGELES, CA 90074-1122**

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | SCISSOR 19FT ELEC MINI          * | 126.00 | 126.00 | 395.00 | 975.00 | 521.00 |
| | 259261    Make: JLG  Model: 1932E2   Ser #: 0200085537 | | | | | |
| | HR OUT:   338.70   HR IN:   342.10   TOTAL:     3.40 | | | | | |
| | In pndng/dmg/revw/safety insp. | | | | | |
| | possible new damage to safety rails. | | | | | |
| | missing cover for power box. | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 2.500 | 2.50 |
| | ENVIRONMENTAL CHARGE | | | 2.500 | |
| | UM: (EA) EACH | | | | |

| | |
|---|---|
| DELIVERY CHARGE | 95.00 |
| PICKUP CHARGE | 95.00 |

CONTACT: KEVIN 951 538 3750

| | |
|---|---|
| Sub-total: | 713.50 |
| Tax: | 51.04 |
| Total: | 764.54 |

RENTAL PROTECTION DECLINED



**ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:**   *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*   Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge  equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   *Customer Accepts (____)      Customer Declines (____)*

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.     (4)  This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the   *TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER:* (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND USE, and (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**

Case 3:03-cv-01389-broad-east-firestone-blvd Filed 07/31/2008 Page 21 of 63



# United Rentals

LOCATION #502
EAST FIRESTONE BLVD
NEY, CA 90241
562-861-0978
562-861-4489 FAX

## RENTAL RETURN INVOICE
** COPY **

**Job Site**

JPL
4800 OAK GROVE DRIVE
MAP PG 535 E-4
PASADENA, CA 91101
C#: 951-781-4949 J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

Customer.... 683293
Invoice #... 66202255-001
Invoice date 6/28/07
Date out.... 6/27/07    6:00 AM
Date in..... 6/27/07    9:38 AM
Job Loc..... 4800 OAK GROVE DRIVE, PASADEN
Job No...... 3 - JPL - JPL - JPL
P.O. #...... 384 JOB#384
Ordered By.. KEVIN
Written by.. UR502OO
Salesperson. 6686
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | LIFT MATERIAL 24-25 FT 0-400L | 86.00 | 86.00 | 323.00 | 882.00 | 86.00 |
|   | 768521    Make: GENIE  Model: SLC24  Ser #: SLC05-32499 | | | | | |
|   | Complete    ***Ur502/unit********* | | | | | |
|   | | | | | | |
|   | DELIVERY CHARGE | | | | | 95.00 |
|   | | | | | | |
|   | PICKUP CHARGE | | | | | 95.00 |

JPL
4800 OAK GROVE DRIVE
PASADENA
MAP PG 535 E-4 KEVIN 951 538-3750

RENTAL PROTECTION DECLINED

Sub-total: 276.00
Tax:    14.94
Total:  290.94



**COPY**

---

**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to **14%** of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts (_____ )        Customer Declines (_____ )**

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) **Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.**        (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the **TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.**

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**



**United Rentals**

LOCATION #502
8051 EAST FIRESTONE BLVD
DOWNEY, CA 90241
562-861-0978
562-861-4489 FAX

# RENTAL RETURN INVOICE
## ** COPY **

**JOB Site**

JPL
4800 OAKGROVE DRIVE
PASADENA, CA 91101

C#: 951-781-4949  J#: 951-781-4949

Customer.... 683293
Invoice #... 66311573-002
Invoice date 7/06/07
Date out.... 7/02/07    7:00 AM
Date in..... 7/02/07    1:02 PM

Job Loc..... 4800 OAKGROVE DRIVE, PASADENA
Job No...... 2 - JPL - JPL
P.O. #...... 360
Ordered By.. KEVIN
Written by.. UR502RK1
Salesperson. 6686
Terms....... Net 30 Days

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | DEMO HAMMER 60# ELECTRIC | 85.00 | 85.00 | 340.00 | 950.00 | 85.00 |
|  | 693462    Make: SB PWRTOOL  Model: 11304  Ser #: 487000144 | | | | | |
|  | Complete       ***Ur502/unit********** | | | | | |
| 1 | MOIL POINT 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 75.00 | 11.00 |
| 1 | CHISEL 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 86.00 | 11.00 |
|  | DELIVERY CHARGE | | | | | 95.00 |
|  | PICKUP CHARGE | | | | | 95.00 |

CONTACT KEVIN (951) 538 3750

RENTAL PROTECTION DECLINED

Sub-total:  297.00
Tax:   16.67
Total:  313.67



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  THE RENTAL PROTECTION PLAN IS NOT INSURANCE!  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.     Customer Accepts (____) .      Customer Declines (____)

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

**United Rentals**

LOCATION #502
8460 EAST DOUGLASTON BLVD
...NEY, CA  90241
562-861-0978
562-861-4489 FAX

LOCATION #502

Page: 1

# RENTAL RETURN INVOICE
** COPY **

**Job Site**

JPL
4800 OAK GROVE DRIVE BLD 79
MP 535 E-5
PASADENA, CA  91103
C#: 951-781-4949 J#: 951-538-3750

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA  92507

Customer.... 683293
Invoice #... 66390617-001
Invoice date  7/06/07
Date out.... 7/05/07      7:00 AM
Date in..... 7/05/07      1:39 PM

Job Loc..... 4800 OAK GROVE DRIVE,
Job No...... 1 - JPL
P.O. #...... PO# 306 J# 306
Ordered By.. KEVIN
Written by.. UR502RK1
Salesperson. 6686
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | MINI EXCAVATOR 7500-9199# * | 250.00 | 250.00 | 950.00 | 2710.00 | 250.00 |
| | 556053  Make: TAKEUCHI  Model: TB135  Ser #: 13513781 | | | | | |
| | HR OUT: 1629.90  HR IN:  1630.60  TOTAL:     .70 | | | | | |
| | Complete w/   ***ur502/unit********* | | | | | |
| | 1 fire exting | | | | | |
| | 1 manaul 1/key | | | | | |
| 1 | BACKHOE BUCKET  12IN | | | | | N/C |
| | Note:   12" mini excavator bucket******* | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 1.200 | 1.20 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 1 | DSL | MCI | EA | 5.470 | 5.47 |
| | DIESEL | | | | |
| | UM: (EA) EACH | | | | |
| | DELIVERY CHARGE | | | | 95.00 |
| | PICKUP CHARGE | | | | 95.00 |

JPL
4800 OAK GROVE DRIVE
PASADENA
MP 535 E-5 KEVIN (951)538-3750

Sub-total:  441.20
Fuel:    5.47

Tax:   29.01
Total:  475.68


COPY

RENTAL PROTECTION DECLINED

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Agreement. The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  *Customer Accepts (_____)*       *Customer Declines (_____)*

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.     (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|--------------------|------|--------------|--------------|------|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

**United Rentals**

# WORK ORDER INVOICE
## *Copy*

**Job Site**

JPL
4800 OAKGROVE DRIVE
PASADENA, CA 91101

C#: 951-781-4949 J#: 562-861-0978

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

| | |
|---|---|
| Customer #.. | 683293 |
| Invoice#.... | 66450031-001 |
| Date........ | 7/06/07 |
| Job Loc..... | 4800 OAKGROVE DRIVE, PASADENA |
| Job No...... | 2 - JPL - JPL |
| P.O. #...... | 306 |
| Authorized.. | KEVIN (951)538-3750 |
| Received on. | 7/06/07 |
| Finished on. | 7/06/07 |
| Last con/cus | 69587796/ 274428 |
| Written by.. | UR502EH |

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| EQUIP # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 520616 | JOHN DEERE | 310G | T0310GX918444 | BACKHOE/LOADER 60-90 |
| Hr Meter: | 2067.400 | | | Cat/Class 902-1100 |

Work To Be Done
    Service Call

**WORK PERFORMED:**
ON 7/2/07 @ 1:21PM CUSTOMER (KEVIN) CALLED IN TO NOTIFY OSCAR THAT HE NEEDED
THE RIGHT REAR TIRE REPLACED. THERE WAS A CUT ON THE SIDEWALL. HE SAID TO CALL
PAT (951)538-7486 FOR TIRE SIZE. OSCAR NOTIFIED CORY AND CORY DISPATCHED G&E TO
JOBSITE TO REPLACE TIRE. REFER TO PO #502-667845M
REFER TO G&E INVOICE #56975

**PARTS:**

| | Qty | Part Number | Description | Stk/Cls | Bin Loc | U/M | Price | Extended |
|---|---|---|---|---|---|---|---|---|
| | 1 | TR | TIRE REPAIR | MCI | | EA | 750.000 | 750.00 |
| | | TO INCLUDE SERVICE | CALL FEE, FUEL | | | | | |
| | | SURCHARGE, LABOR & | NEW TIRE | | | | | |
| | 1 | ENV | ENVIRONMENTAL CHARGE | MCI | | EA | 3.600 | 3.60 |

COMPLAINT:
REQUESTING NEW REAR TIRE.
CAUSE:
CUT ON THE SIDEWALL OF TIRE
CORRECTION:
TIRE SERVICE REPLACED TIRE WITH NEW ONE.

| | |
|---|---|
| Total Parts & Materials | 753.60 |
| Tax | .31 |
| **Total Amount** | **753.91** |

Copy

**IMPORTANT - PLEASE READ CAREFULLY**   CUSTOMER AGREES TO ALL TERMS AND CONDITIONS SHOWN ON THE BACK, AND FRONT, OF THIS CONTRACT. CUSTOMER ASSUMES FULL
RESPONSIBILITY FOR ALL ITEMS, INCLUDING THEIR SAFETY AND PROPER USE, OPERATION, MAINTENANCE, STORAGE, AND TRANSPORTATION.
**WARRANTY DISCLAIMER:**  AS DESCRIBED ON THE BACK OF THIS CONTRACT, UNITED RENTALS MAKES NO WARRANTIES OF MERCHANTABILTY OR FITNESS FOR A PARTICULAR PURPOSE, OR
ANY OTHER WARRANTIES, ESPRESS OR IMPLIED.
THE TERMS AND CONDITIONS ON THIS SERVICE CONTRACT FORM THE SOLE AGREEMENT BETWEEN CUSTOMER AND UNITED RENTALS.
CUSTOMER ACKNOWLEDGES THAT HE HAS RECIVED IN GOOD ORDER ALL ITEMS, SERVICE AND OTHER GOODS LISTED ON THE FACE OF THIS CONTRACT.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | UNITED RENTALS AGENT | DATE |
|---|---|---|---|---|

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**

LOCATION #502
8201 EAST FIRESTONE BLVD.
NEY, CA 90241
562-861-0978
562-861-4489 FAX

# United Rentals

**RENTAL RETURN INVOICE**
** COPY **

Page: 1

**Job Site**

JPL
4800 OAKGROVE DRIVE
PASADENA, CA 91101

C#: 951-781-4949  J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 6640597-001 |
| Invoice date | 7/12/07 |
| Date out.... | 7/09/07    7:00 AM |
| Date in..... | 7/09/07    8:20 AM |
| Job Loc..... | 4800 OAKGROVE DRIVE, PASADENA |
| Job No...... | 2 - JPL - JPL |
| P.O. #...... | 000050 |
| Ordered By.. | KEVIN |
| Written by.. | UR50200 |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | BOOM 40FT-50FT IC ARTIC 4WD * | 283.00 | 283.00 | 1097.00 | 2845.00 | 283.00 |
| | 916812   Make: GENIE Model: Z45/25 Ser #: Z452507-31459 | | | | | |
| | HR OUT: 336.00   HR IN:   336.00 | | | | | |
| | 1 day final rental invoice | | | | | |
| | in missing 1 manaul | | | | | |
| 1 | PROPANE TANK 10 FORKLIFT       * | | | | | N/C |
| | W/boomlift | | | | | |
| | *****full******* | | | | | |

**SALES ITEMS:**

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 1.350 | 1.35 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 1 | GAS | MCI | EA | 5.980 | 5.98 |
| | GAS | | | | |
| | UM: (EA) EACH | | | | |
| 1 | MDSE | MCI | EA | 35.000 | 35.00 |
| | MISCELLANEOUS MERCHANDISE SALES | | | | |
| | UM: (EA) EACH | | | | |
| | Missing manual. | | | | |

|  |  |
|---|---|
| DELIVERY CHARGE | 95.00 |
| PICKUP CHARGE | 95.00 |

CONTACT KEVIN 951 538 3750

RENTAL PROTECTION DECLINED

| | |
|---|---|
| Sub-total: | 509.35 |
| Fuel: | 5.98 |
| Tax: | 34.67 |
| Total: | 550.00 |

*COPY*

---

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  *Customer Accepts  (_____)*      *Customer Declines  (_____)*

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the   TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND USE, AND (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**

Case 3:08-cv-01389-L-CAB Document 1 Filed 07/30/2008 Page 26 of 63



**United Rentals**

LOCATION #502
5043 EAST FIRESTONE BLVD
DOWNEY, CA 90241
562-861-0978
562-861-4489 FAX

Page: 1

**4 WEEK BILLING INVOICE**
** COPY **

**Job Site**

JPL
4800 OAKGROVE DRIVE
PASADENA, CA 91101

C#: 951-781-4949 J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #.... | 66166064-001 |
| Invoice date | 7/15/07 |
| Date out.... | 6/26/07    7:00 AM |
| Billed thru. | 7/24/07 |
| Job Loc..... | 4800 OAKGROVE DRIVE, PASADENA |
| Job No..... | 2 - JPL - JPL |
| P.O. #...... | 306 |
| Ordered By.. | KEVIN |
| Written by.. | CYCLE BILL |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | BACKHOE/LOADER 60-90HP 4WD  * | 250.00 | 250.00 | 950.00 | 2850.00 | 2850.00 |
| | 520616    Make: JOHN DEERE  Model: 310G  Ser #: T0310GX918444 | | | | | |
| | HR OUT: 2067.40    HR IN:         TOTAL:    2067.40 | | | | | |
| | 1 fire exting    ***ur502/unit********** | | | | | |
| | 1 manaul 1/key | | | | | |
| 1 | BACKHOE BUCKET 24IN | | | | | N/C |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 13.680 | 13.68 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| | DELIVERY CHARGE | | | | 95.00 |
| | PICKUP CHARGE | | | | 95.00 |

CONTACT KEVIN 951 538 3750

|  |  |
|---|---|
| Sub-total: | 3053.68 |
| Tax: | 244.11 |
| Total: | 3297.79 |

BILLED FOR FOUR WEEKS   6/26/07 THRU  7/24/07  07:00 AM
RENTAL PROTECTION DECLINED



**ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.     *Customer Accepts  (_____)*          *Customer Declines  (_____)*

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.     (4)  This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the   TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# United Rentals

LOCATION #902
9606 EAST FIRESTONE BLVD
..WAY, CA ...
..-861-0978
562-861-4489 FAX

# 4 WEEK BILLING INVOICE
** COPY **

**Job Site**

JPL
4800 OAKGROVE DRIVE
PASADENA, CA 91101

C#: 951-781-4949  J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA  92507

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 66175784-001 |
| Invoice date | 7/16/07 |
| Date out.... | 6/26/07   9:15 AM |
| Billed thru. | 7/24/07 |
| Job Loc..... | 4800 OAKGROVE DRIVE, PASADENA |
| Job No...... | 2 - JPL - JPL |
| P.O. #...... | 306 |
| Ordered By.. | KEVIN |
| Written by.. | CYCLE BILL |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | RAMMER LG 29-3600 LBS/BLOWS * | 89.00 | 89.00 | 392.00 | 1176.00 | 1176.00 |
| | 904704   Make: MULTIQUIP  Model: MT65HA  Ser #: P-9643 | | | | | |
| 1 | RAMMER LG 29-3600 LBS/BLOWS * | 89.00 | 89.00 | 392.00 | 1176.00 | 1176.00 |
| | 560679   Make: WACKER  Model: BS700  Ser #: 5421056 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 11.280 | 11.28 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |

CONTACT 951 538 3750

Sub-total:  2363.28
Tax:  194.97
Total:  2558.25

BILLED FOR FOUR WEEKS  6/26/07 THRU  7/24/07  09:15 AM
RENTAL PROTECTION DECLINED



COPY

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  *Customer Accepts (_____)*     *Customer Declines (_____)*

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays..     (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.



# United Rentals

**DUCKATION #123**
**9606 EAST FIRESTONE BLVD**
**DWNEY, CA 90241**
**2-861-0978**
**562-861-4489 FAX**

# RENTAL RETURN INVOICE
** COPY **

| | |
|---|---|
| **Job Site** | JPL<br>4800 OAKGROVE DRIVE<br>PASADENA, CA  91101<br><br>C#: 951-781-4949  J#: 951-781-4949 |

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 66166064-002 |
| Invoice date | 7/17/07 |
| Date out.... | 6/26/07    7:00 AM |
| Date in..... | 7/16/07   11:58 AM |
| Last billed. | 7/24/07 |
| Job Loc..... | 4800 OAKGROVE DRIVE, PASADENA |
| Job No...... | 2 - JPL - JPL |
| P.O. #...... | 306 |
| Ordered By.. | KEVIN |
| Written by.. | UR502RK1 |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

**Customer**
PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA  92507

**PLEASE REMIT PAYMENT TO:**
**UNITED RENTALS NORTHWEST, INC.**
**FILE 51122**
**LOS ANGELES, CA 90074-1122**

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | BACKHOE/LOADER 60-90HP 4WD  *       | 250.00 | 250.00 | 950.00 | 2850.00 | N/C |
|   | 520616   Make: JOHN DEERE  Model: 310G  Ser #: T0310GX918444 | | | | | |
|   | HR OUT: 2067.40   HR IN:  2088.60   TOTAL:   21.20 | | | | | |
|   | 1 fire exting   ***ur502/unit********* | | | | | |
|   | 1 manaul 1/key | | | | | |
| 1. | BACKHOE BUCKET 24IN | | | | | N/C |

**SALES ITEMS:**

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 27 | DSL<br>DIESEL<br>UM: (EA) EACH | MCI | EA | 5.690 | 153.63 |

CONTACT KEVIN 951 538 3750

| | |
|---|---|
| Fuel: | 153.63 |
| Tax: | 12.68 |
| Total: | 166.31 |

FINAL BILL:  7/24/07 07:00 AM THRU  7/16/07 11:58 AM.
RENTAL PROTECTION DECLINED



COPY

***ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:**  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge  equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  *Customer Accepts (_____ )*          *Customer Declines (_____ )*

***READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.      (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X**

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**



**United Rentals**

LOCATION #502
8600 EAST FIRESTONE BLVD
SANTA FE SPRINGS, CA 90211
562-861-0978
562-861-4489 FAX

# RENTAL RETURN INVOICE
** COPY **

**Job Site**

JPL
4800 OAK GROVE DRIVE BLD 79
MP 535 E-5
PASADENA, CA  91103
C#: 951-781-4949 J#: 951-538-3750

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 66429536-001 |
| Invoice date | 7/17/07 |
| Date out.... | 7/06/07   7:00 AM |
| Date in..... | 7/16/07   11:58 AM |
| Job Loc..... | 4800 OAK GROVE DRIVE, |
| Job No...... | 1 - JPL |
| P.O. #...... | PO# 306 J# 306 |
| Ordered By.. | PAT |
| Written By.. | UR502RK1 |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA  92507

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | MINI EXCAVATOR 3000-3999#   *   220.00 | 220.00 | | 795.00 | 2100.00 | 1455.00 |
| | 848757   Make: TAKEUCHI  Model: TB016  Ser #: 11610935 | | | | | |
| | HR OUT:  300.70   HR IN:  314.90   TOTAL:   14.20 | | | | | |
| | ************** ur551/unit ************** | | | | | |
| | complete. | | | | | |
| 1 | MINI EXCAVATOR BUCKET 12IN | | | | | N/C |
| | ************* Ur551/unit ************** | | | | | |

SALES ITEMS:

| Qty | Item number | | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | ENV | | MCI | EA | 6.980 | 6.98 |
| | ENVIRONMENTAL CHARGE | | | | 6.980 | |
| | UM: (EA) EACH | | | | | |
| | DELIVERY CHARGE | | | | | 95.00 |
| | PICKUP CHARGE | | | | | 95.00 |

JPL
4800 OAK GROVE DRIVE
PASADENA
MP 535 E-5 KEVIN (951)538-3750

Sub-total: 1651.98
Tax:    128.46
Total: 1780.44

RENTAL PROTECTION DECLINED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:   THE RENTAL PROTECTION PLAN IS NOT INSURANCE!   Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge  equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   Customer Accepts (_____)                    Customer Declines (_____)

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.     (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the   TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____   _____   _____   _____   _____

CUSTOMER SIGNATURE          DATE          NAME PRINTED                          DELIVERED BY          DATE
A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# RENTAL RETURN INVOICE
**\*\* COPY \*\***

**United Rentals**

LOCATION #510
41612 MARIPOSA AVENUE
MURRIETA, CA 92563
760- 947-4810
760-947-5452 FAX

COPY

**Job Site**

JPL
24490 TABLE MOUNTAIN ROAD
WRIGHTWOOD, CA 92397

C#: 951-781-4949 J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

| Customer.... | 683293 |
|---|---|
| Invoice #... | 66636481-003 |
| Invoice date | 7/20/07 |
| Date out..... | 7/16/07    12:30 PM |
| Date in..... | 7/19/07    8:00 AM |
| Job Loc..... | 24490 TABLE MOUNTAIN ROAD, WR |
| Job No..... | 4 - JPL - JPL - JPL |
| P.O. #..... | JPL378 |
| Ordered By... | KEVIN |
| Written By... | UR510DF |
| Salesperson.. | 6499 |
| Terms....... | Net 30 Days |

**PLEASE REMIT PAYMENT TO:**
**UNITED RENTALS NORTHWEST, INC.**
**FILE 51122**
**LOS ANGELES, CA 90074-1122**

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | BACKHOE/LOADER 60-90HP 4WD  * | 250.00 | 250.00 | 950.00 | 2850.00 | 750.00 |
|  | 746209    Make: JOHN DEERE   Model: 310G  Ser #: T0310GX949462 | | | | | |
|  | HR OUT:    182.70   HR IN:    187.50   TOTAL:     4.80 | | | | | |
| 1 | BACKHOE BUCKET 18IN | | | | | N/C |
| 1 | BACKHOE BREAKER LARGE    * | 312.00 | 312.00 | 1226.00 | 3360.00 | 936.00 |
|  | 620425    Make: KENT   Model: KF6   Ser #: 5275 | | | | | |

**SALES ITEMS:**

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 8.090 | 8.09 |
|  | ENVIRONMENTAL CHARGE | | | | |
|  | UM: (EA) EACH | | | | |
| 8.1 | FUEL | MCI | EA | 5.830 | 47.22 |
|  | FUEL FOR ABOVE RENTAL UNIT | | | | |
|  | UM: (EA) EACH | | | | |
|  | DELIVERY CHARGE | | | | 95.00 |
|  | PICKUP CHARGE | | | | 95.00 |

MEET PAT AT 6:30AM AT MCDONALD'S OFF
THE 15FRWY AND 138.  CALL PAT WHEN YOU
ARRIVE AT (951) 538-7486

| | |
|---|---|
| Sub-total: | 1884.09 |
| Fuel: | 47.22 |
| Tax: | 142.33 |
| Total: | 2073.64 |

RENTAL PROTECTION DECLINED



COPY

**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:**   *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*   Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to **14%** of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   *Customer Accepts (_____)*                    *Customer Declines (_____)*

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is **14%** of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**



**United Rentals**

9606 EAST FIRESTONE BLVD
DOWNEY CA 90241
-861-0978
562-861-4489 FAX

# RENTAL RETURN INVOICE
** COPY **

| | |
|---|---|
| **Job Site** | JPL<br>4800 OAK GROVE DRIVE<br>MAP PG 535 E-4<br>PASADENA, CA 91101<br>C#: 951-781-4949 J#: 951-781-4949 |

| | |
|---|---|
| **Customer** | PHOENIX CONST SVCS RIVERSIDE<br>2305 CHICAGO AVE<br>RIVERSIDE, CA 92507 |

Customer.... 683293
Invoice #... 66738360-001
Invoice date 7/26/07
Date out..... 7/18/07     7:00 AM
Date in..... 7/19/07     1:07 PM

Job Loc..... 4800 OAK GROVE DRIVE, PASADEN
Job No...... 3 - JPL - JPL - JPL
P.O. #...... JPL
Ordered By.. KEVIN
Written by.. UR502RK1
Salesperson. 6686
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | DEMO HAMMER 60# ELECTRIC | 51.00 | 85.00 | 340.00 | 950.00 | 85.00 |
| | 693463   Make: SB PWRTOOL  Model: 11304   Ser #: 487000141 | | | | | |
| 1 | MOIL POINT 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 75.00 | 11.00 |
| 1 | CHISEL 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 86.00 | 11.00 |
| | | | | | | 95.00 |
| | DELIVERY CHARGE | | | | | |
| | PICKUP CHARGE | | | | | 95.00 |

JPL
4800 OAK GROVE DRIVE
PASADENA
MAP PG 535 E-4 KEVIN 951 538-3750

RENTAL PROTECTION DECLINED
Credit of .00 hrs

|  |  |
|---|---|
| Sub-total: | 297.00 |
| Tax: | 16.67 |
| **Total:** | **313.67** |



COPY

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.     **Customer Accepts  (_____)**                   **Customer Declines  (_____)**

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.     (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the *TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.*

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

*A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.*

# United Rentals

# WORK ORDER INVOICE
## *Copy*

**Job Site**

4800 OAKGROVE DR   PASADENA

C#: 951-781-4949  J#: 562-861-0978

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

```
Customer #..   683293
Invoice#....   66995014-001
Date........   7/26/07
Job Loc.....   4800 OAKGROVE DR   PASADENA
Job No......
P.O. #......   306
Authorized by  KEVIN
Received on.   7/26/07
Finished on.   7/26/07
Last con/cus 69587796/ 274428
Written by..   UR502CJ
```

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| EQUIP # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 520616 | JOHN DEERE | 310G | T0310GX918444 | BACKHOE/LOADER 60-90 |
| Hr Meter: | 2088.600 | | | Cat/Class 902-1100 |

Work To Be Done
    CREDIT INV. #66450031 PER DEXTER POSTON

PARTS:

| Qty | Part Number | Description | Stk/Cls | Bin Loc | U/M | Price | Extended |
|---|---|---|---|---|---|---|---|
| 1- | TR | TIRE REPAIR | MCI | | EA | 750.000 | 750.00- |
| 1- | ENV | ENVIRONMENTAL CHARGE | MCI | | EA | 3.600 | 3.60- |

|  |  |
|---|---|
| Total Parts & Materials | 753.60- |
| Tax | .31- |
| **Total Amount** | **753.91-** |



**IMPORTANT - PLEASE READ CAREFULLY**   CUSTOMER AGREES TO ALL TERMS AND CONDITIONS SHOWN ON THE BACK, AND FRONT, OF THIS CONTRACT. CUSTOMER ASSUMES FULL RESPONSIBILITY FOR ALL ITEMS, INCLUDING THEIR SAFETY AND PROPER USE, OPERATION, MAINTENANCE, STORAGE, AND TRANSPORTATION.
**WARRANTY DISCLAIMER:**  AS DESCRIBED ON THE BACK OF THIS CONTRACT, UNITED RENTALS MAKES NO WARRANTIES OF MERCHANTABILTY OR FITNESS FOR A PARTICULAR PURPOSE, OR ANY OTHER WARRANTIES, ESPRESS OR IMPLIED.
THE TERMS AND CONDITIONS ON THIS SERVICE CONTRACT FORM THE SOLE AGREEMENT BETWEEN UNITED RENTALS AND CUSTOMER.
CUSTOMER ACKNOWLEDGES THAT HE HAS RECIVED IN GOOD ORDER ALL ITEMS, SERVICE AND OTHER GOODS LISTED ON THE FACE OF THIS CONTRACT.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | UNITED RENTALS AGENT | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

Case 2:08-cv-01389-CAS-E Document 1 Filed 02/08 Page 33 of 63

# United Rentals

# RENTAL RETURN INVOICE
## ** COPY **

**Job Site**

JPL
4800 OAKGROVE DRIVE
PASADENA, CA 91101

C#: 951-781-4949   J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

Customer.... 683293
Invoice #... 66960868-001
Invoice date 7/30/07
Date out..... 7/26/07    7:00 AM
Date in..... 7/27/07   11:00 AM

Job Loc..... 4800 OAKGROVE DRIVE, PASADENA
Job No...... 2 - JPL - JPL
P.O. #...... 397
Ordered By.. PAT
Written by.. UR502RK1
Salesperson. 6686
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | BOOM 40FT-50FT IC ARTIC 4WD * | 283.00 | 283.00 | 1097.00 | 2845.00 | 283.00 |
| | 434071   Make: JLG  Model: 450AJ  Ser #: 0300068479 | | | | | |
| | HR OUT: 1476.90   HR IN:   1479.70   TOTAL:   2.80 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 1.350 | 1.35 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 3 | GAS | MCI | EA | 5.980 | 17.94 |
| | GAS | | | | |
| | UM: (EA) EACH | | | | |
| 5 | LPG | MCI | EA | 3.000 | 15.00 |
| | PROPANE | | | | |
| | UM: (EA) EACH | | | | |
| | DELIVERY CHARGE | | | | 95.00 |
| | PICKUP CHARGE | | | | 95.00 |

CONTACT PAT 951 538 7486
***RES# 66956339 DB PY

Sub-total:   489.35
Fuel:    17.94
Tax:    34.01
Total:   541.30

RENTAL PROTECTION DECLINED
Credit of .00 hrs



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   *Customer Accepts (_____)*        *Customer Declines (_____)*

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include delivery; (2) This Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  *TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER:* (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# United Rentals

# RENTAL RETURN INVOICE
## ** COPY **

<table>
<tr><td>
**Job Site**

JPL
4800 OAKGROVE DRIVE
PASADENA, CA  91101

C#: 951-781-4949  J#: 951-781-4949
</td><td>
Customer.... 683293
Invoice #.. 67069985-001
Invoice date  8/03/07
Date out...  7/31/07     7:00 AM
Date in.....  8/01/07     1:21 PM

Job Loc..... 4800 OAKGROVE DRIVE, PASADENA
Job No...... 2 - JPL - JPL
P.O. #...... 412
Ordered By.. KEVIN
Written by.. UR502RK1
Salesperson.  6686
Terms....... Net 30 Days
</td></tr>
</table>

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA  92507

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | DEMO HAMMER 60# ELECTRIC | 51.00 | 85.00 | 340.00 | 950.00 | 85.00 |
|   | 693464    Make: SB PWRTOOL  Model: 11304   Ser #: 486001051 | | | | | |
| 1 | MOIL POINT 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 75.00 | 11.00 |
| 1 | CHISEL 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 86.00 | 11.00 |
|   |             |     |     |      |        | 95.00 |
|   | DELIVERY CHARGE |  |  |  |  |  |
|   |             |     |     |      |        | 95.00 |
|   | PICKUP CHARGE |  |  |  |  |  |

CONTACT KEVIN 951 781 4949
▲▲▲RES# 67069746 DB PY

RENTAL PROTECTION DECLINED
Credit of .25 hrs

Sub-total:  297.00
Tax:   16.67
**Total:  313.67**



COPY

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:**  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   **Customer Accepts** (_____)   **Customer Declines** (_____)

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____
CUSTOMER SIGNATURE      DATE      NAME PRINTED                      DELIVERED BY              DATE
*A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.*

Case 2:08-cv-01389-CAS-E Document 1 Filed 02/29/08 Page 35 of 63

# United Rentals

# RENTAL RETURN INVOICE
** COPY **



**Job Site**

JPL
4800 OAK GROVE DRIVE
MAP PG 535 E-4
PASADENA, CA  91101
C#: 951-781-4949  J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA  92507

Customer....  683293
Invoice #...  67185443-001
Invoice date  8/07/07
Date out....  8/03/07     7:00 AM
Date in.....  8/03/07    10:55 AM

Job Loc.....  4800 OAK GROVE DRIVE, PASADEN
Job No......  3 - JPL - JPL - JPL
P.O. #......  415
Ordered By..  KEVIN
Written by..  UR502RK1
Salesperson.  6686
Terms.......  Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | DEMO HAMMER 60# ELECTRIC | 51.00 | 85.00 | 340.00 | 950.00 | 51.00 |
|   | 693462   Make: SB PWRTOOL  Model: 11304  Ser #: 487000144 | | | | | |
| 1 | MOIL POINT 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 75.00 | 11.00 |
| 1 | CHISEL 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 86.00 | 11.00 |
|   | | | | | | 95.00 |
|   | DELIVERY CHARGE | | | | | |
|   | | | | | | 95.00 |
|   | PICKUP CHARGE | | | | | |

JPL
4800 OAK GROVE DRIVE
PASADENA
MAP PG 535 E-4 KEVIN 951 538-3750

***RES# 67177399 DB PY
RENTAL PROTECTION DECLINED

Sub-total:  263.00
Tax:  13.87
Total:  276.87

COPY

**ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence. *Customer Accepts  (_____)* *Customer Declines  (_____)*

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

LOCATION #502
9606 EAST FIRESTONE BLVD
DOWNEY, CA 90241
562-861-0978
562-861-4489 FAX

# United Rentals

## RENTAL RETURN INVOICE
** COPY **

**Job Site**

JPL
4800 OAK GROVE DRIVE
MAP PG 535 E-4
PASADENA, CA 91101
C#: 951-781-4949 J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

Customer.... 683293
Invoice #... 67204965-001
Invoice date 8/07/07
Date out..... 8/06/07    6:00 AM
Date in..... 8/06/07    7:00 AM

Job Loc..... 4800 OAK GROVE DRIVE, PASADEN
Job No...... 3 - JPL - JPL - JPL
P.O. #...... 420
Ordered By.. KEVIN
Written by.. UR502RK1
Salesperson. 6686
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | BOOM 40FT-50FT IC ARTIC 4WD * | 283.00 | 283.00 | 1097.00 | 2845.00 | 283.00 |
|  | 936725   Make: JLG  Model: 450AJ  Ser #: 0300105887 | | | | | |
|  | HR OUT:   36.80   HR IN:   37.70   TOTAL:        .90 | | | | | |

| SALES ITEMS: | | | | | |
|---|---|---|---|---|---|
| Qty | Item number | Stock class | Unit | Price | Amount |
| 1 | ENV | MCI | EA | 1.350 | 1.35 |
|  | ENVIRONMENTAL CHARGE | | | | |
|  | UM: (EA) EACH | | | | |
| 3 | DSL | MCI | EA | 5.760 | 17.28 |
|  | DIESEL | | | | |
|  | UM: (EA) EACH | | | | |

DELIVERY CHARGE                                                95.00

PICKUP CHARGE                                                 95.00

JPL
4800 OAK GROVE DRIVE
PASADENA
MAP PG 535 E-4 KEVIN 951 538-3750

CONTACT: KEVIN 951 781 4949
DELIVER FRIDAY FOR MONDAY MORNING START
***RES# 67177285 DB PY
RENTAL PROTECTION DECLINED

Sub-total:    474.35
Fuel:    17.28

Tax:    32.71
Total:    524.34

COPY

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge  equal to 14%  of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   *Customer Accepts (_____).*          *Customer Declines (_____)*

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14%  of the total rental charge for covered Equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.     (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# United Rentals

**LOCATION #502**
**1606 EAST FIRESTONE BLVD**
**MST, CA 90241**
**-861-0978**
**562-861-4489 FAX**

# RENTAL RETURN INVOICE
**\*\* COPY \*\***

**Job Site**

JPL
4800 OAK GROVE DRIVE
MAP PG 535 E-4
PASADENA, CA  91101
C#: 951-781-4949  J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA  92507

Customer.... 683293
Invoice #... 67295275-001
Invoice date  8/13/07
Date out.....  8/08/07    7:00 AM
Date in......  8/09/07    6:45 AM

Job Loc..... 4800 OAK GROVE DRIVE, PASADEN
Job No...... 3 - JPL - JPL - JPL
P.O. #...... 360
Ordered By.. KEVIN
Written by.. UR502RK1
Salesperson. 6686
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | BOOM 60FT-62FT IC ARTIC 4WD * | 409.00 | 409.00 | 1554.00 | 4500.00 | 409.00 |
|   | 229752  Make: JLG  Model: 600A  Ser #: 0300051388 | | | | | |
|   | HR OUT: 2611.00  HR IN:  2615.00  TOTAL:     4.00 | | | | | |

| SALES ITEMS: | | | | | |
|--------------|--|--|--|--|--|
| Qty | Item number | Stock class | Unit | Price | Amount |
| 1 | ENV | MCI | EA | 1.960 | 1.96 |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |
| 23 | DSL | MCI | EA | 5.760 | 132.48 |
|   | DIESEL | | | | |
|   | UM: (EA) EACH | | | | |
|   | DELIVERY CHARGE | | | | 95.00 |
|   | PICKUP CHARGE | | | | 95.00 |

JPL
4800 OAK GROVE DRIVE
PASADENA
MAP PG 535 E-4 KEVIN 951 538-3750

Sub-total:   600.96
Fuel:   132.48

Tax:    52.66
Total:   786.10

\*\*\*RES# 67283540 DB PY
RENTAL PROTECTION DECLINED



COPY

**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts (_____)**    **Customer Declines (_____)**

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the *TERMS AND CONDITIONS ON REVERSE.* THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|--------------------|------|--------------|--------------|------|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.



**United Rentals**

LOCATION #502
7803 EAST FIRESTONE BLVD
DOWNEY, CA 90241
562-861-0978
562-861-4489 FAX

# RENTAL RETURN INVOICE
** COPY **

**JOB Site**

JPL
4800 OAK GROVE DRIVE
MAP PG 535 E-4
PASADENA, CA 91101
C#: 951-781-4949 J#: 951-781-4949

Customer.... 683293
Invoice #... 67379051-001
Invoice date 8/14/07
Date out.... 8/10/07     9:00 AM
Date in..... 8/14/07     7:00 AM

Job Loc..... 4800 OAK GROVE DRIVE, PASADEN
Job No...... 3 - JPL - JPL - JPL
P.O. #...... 72
Ordered By.. KEVIN
Written by.. UR502PY
Salesperson. 6686
Terms....... Net 30 Days

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | MOIL POINT 1-1/8 IN X 6 IN | | | | | N/C |
| | NO CHARGE, CUSTOMER DID NOT TAKE POINT | | | | | |
| 1 | CHISEL 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 86.00 | 43.00 |
| 1 | ASPHALT CUTTER 1-1/8 IN X 6 I | 11.00 | 11.00 | 43.00 | 86.00 | 43.00 |
| 1 | DEMO HAMMER 60# ELECTRIC | 51.00 | 85.00 | 340.00 | 950.00 | 340.00 |
| | 708249  Make: SB PWRTOOL  Model: 11304K  Ser #: 490000582 | | | | | |
| | | | | | | 95.00 |
| | DELIVERY CHARGE | | | | | |

JPL
4800 OAK GROVE DRIVE
PASADENA
MAP PG 535 E-4 KEVIN 951 538-3750

RENTAL PROTECTION DECLINED

Sub-total: 521.00
Tax: 42.99
Total: 563.99



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  *Customer Accepts (_____)*      *Customer Declines (_____)*

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

LOCATION #304
9606 EAST FIRESTONE BLVD
WAY., CA 90241
562-861-0978
562-861-4489 FAX

# United Rentals

# RENTAL RETURN INVOICE
** COPY **

**Job Site**

JPL
4800 OAKGROVE DRIVE
PASADENA, CA 91101

C#: 951-781-4949   J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

| Customer.... | 683293 | |
|---|---|---|
| Invoice #... | 67475851-001 | |
| Invoice date | 8/18/07 | |
| Date out.... | 8/14/07 | 7:00 AM |
| Date in..... | 8/16/07 | 7:00 AM |

Job Loc..... 4800 OAKGROVE DRIVE, PASADENA
Job No...... 2 - JPL - JPL
P.O. #...... 415
Ordered By.. KEVIN
Written by.. UR502KM
Salesperson. 6686
Terms....... Net 30 Days

**PLEASE REMIT PAYMENT TO:**
**UNITED RENTALS NORTHWEST, INC.**
**FILE 51122**
**LOS ANGELES, CA 90074-1122**

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | DEMO HAMMER 60# ELECTRIC | 51.00 | 85.00 | 340.00 | 950.00 | 170.00 |
| | 708249   Make: SB PWRTOOL   Model: 11304K   Ser #: 490000582 | | | | | |
| | CLOSED PER CARL. | | | | | |
| 1 | CHISEL 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 86.00 | 22.00 |
| 1 | ASPHALT CUTTER 1-1/8 IN X 6 I | 11.00 | 11.00 | 43.00 | 86.00 | 22.00 |

Sub-total:   214.00
Tax:   17.67
Total:   231.67

RENTAL PROTECTION DECLINED



**COPY**

*•ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** ***THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*** Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   **Customer Accepts ( _____ )**    **Customer Declines ( _____ )**

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the **TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.**

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**

# United Rentals

# RENTAL RETURN INVOICE
** COPY **

JPL
4800 OAKGROVE DRIVE
PASADENA, CA 91101

C#: 951-781-4949  J#: 951-781-4949

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 67603614-001 |
| Invoice date | 8/20/07 |
| Date out.... | 8/16/07  7:00 AM |
| Date in..... | 8/17/07  11:00 AM |
| Job Loc..... | 4800 OAKGROVE DRIVE, PASADENA |
| Job No..... | 2 - JPL - JPL |
| P.O. #...... | 214 |
| Ordered By.. | KEVIN |
| Written by.. | UR515LWP |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | DEMO HAMMER 60# ELECTRIC | 51.00 | 85.00 | 340.00 | 950.00 | 170.00 |
| | 708249   Make: SB PWRTOOL  Model: 11304K  Ser #: 490000582 | | | | | |
| | 551 UNIT | | | | | 22.00 |
| 1 | CHISEL 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 86.00 | 22.00 |
| 1 | ASPHALT CUTTER 1-1/8 IN X 6 I | 11.00 | 11.00 | 43.00 | 86.00 | 22.00 |
| | | | | | | 95.00 |
| | PICKUP CHARGE | | | | | |

Sub-total: 309.00
Tax: 17.67
Total: 326.67

RENTAL PROTECTION DECLINED



COPY

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  THE RENTAL PROTECTION PLAN IS NOT INSURANCE!  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  Customer Accepts (_____)          Customer Declines (_____)

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X
CUSTOMER SIGNATURE        DATE        NAME PRINTED                    DELIVERED BY                DATE
A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

Case 2:08-cv-01389... Document 1 Filed 01/31/2008 Page 41 of 63



LOCATION #595
9606 EAST FIRESTONE BLVD
DOWNEY, CA 90241
562-861-0978
562-861-4489 FAX

# RENTAL RETURN INVOICE
** COPY **

**United Rentals**

| | |
|---|---|
| **Job Site** | JPL<br>4800 OAK GROVE DRIVE BLD 79<br>MP 535 E-5<br>PASADENA, CA 91103<br>C#: 951-781-4949  J#: 951-538-3750 |
| **Customer** | PHOENIX CONST SVCS RIVERSIDE<br>2305 CHICAGO AVE<br>RIVERSIDE, CA 92507 |

```
Customer....  683293
Invoice #...  67603547-001
Invoice date  8/23/07
Date out....  8/20/07     7:00 AM
Date in.....  8/20/07     2:24 PM

Job Loc.....  4800 OAK GROVE DRIVE,
Job No......  1 - JPL
P.O. #......  360
Ordered By..  KEVIN
Written by..  UR502RK1
Salesperson.  6686
Terms.......  Net 30 Days
```

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | BACKHOE/LOADER 60-90HP 4WD * | 250.00 | 250.00 | 950.00 | 2850.00 | 250.00 |
| | 520616   Make: JOHN DEERE  Model: 310G  Ser #: T0310GX918444 | | | | | |
| | HR OUT: 2114.20   HR IN: 2116.50   TOTAL: 2.30 | | | | | N/C |
| 1 | BACKHOE BUCKET 18IN | | | | | |

| SALES ITEMS: | | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| Qty | Item number | MCI | EA | 1.200 | |
| 1 | ENV | | | | 1.20 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | MCI | EA | -5.760 | 34.56 |
| 6 | DSL | | | | |
| | DIESEL | | | | |
| | UM: (EA) EACH | | | | 95.00 |
| | DELIVERY CHARGE | | | | |
| | PICKUP CHARGE | | | | 95.00 |

```
*************************************
JOBSITE CONTACT KEVIN (951)538-3750
*************************************

RENTAL PROTECTION DECLINED
```

| | |
|---|---|
| Sub-total: | 441.20 |
| Fuel: | 34.56 |
| Tax: | 31.43 |
| **Total:** | **507.19** |



COPY

**ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:**  **THE RENTAL PROTECTION PLAN IS NOT INSURANCE!**  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  **Customer Accepts  (_____)**          **Customer Declines  (_____)**

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all **TERMS AND CONDITIONS** listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Customer wants covered by... 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  **TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.**

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.



# United Rentals

8606 EAST FIRESTONE BLVD
DOWNEY, CA 90241
5... 861-0978
562-861-4489 FAX

# RENTAL RETURN INVOICE
** COPY **

JPL
4800 OAK GROVE DRIVE BLD 79
MP 535 E-5
PASADENA, CA 91103
C#: 951-781-4949 J#: 951-538-3750

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 67639264-001 |
| Invoice date | 8/23/07 |
| Date out.... | 8/20/07   3:16 PM |
| Date in..... | 8/21/07   7:00 AM |
| Job Loc..... | 4800 OAK GROVE DRIVE, |
| Job No...... | 1 - JPL |
| P.O. #...... | 360 |
| Ordered By.. | KEVIN-CARL CALLED IN |
| Written by.. | UR502RK1 |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | DEMO HAMMER 60# ELECTRIC | 51.00 | 85.00 | 340.00 | 950.00 | 85.00 |
|   | 708249   Make: SB PWRTOOL  Model: 11304K  Ser #: 490000582 | | | | | |
| 1 | ASPHALT CUTTER 1-1/8 IN X 6 I | 11.00 | 11.00 | 43.00 | 86.00 | 11.00 |
| 1 | CHISEL 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 86.00 | 11.00 |

JPL
4800 OAK GROVE DRIVE
PASADENA
MP 535 E-5 KEVIN (951)538-3750

RENTAL PROTECTION DECLINED

Sub-total:  107.00
Tax:    8.83
Total:  115.83



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  THE RENTAL PROTECTION PLAN IS NOT INSURANCE!  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   Customer Accepts  (_____)          Customer Declines  (_____)

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# United Rentals

# CREDIT MEMO
** COPY **

```
JPL
24490 TABLE MOUNTAIN ROAD
WRIGHTWOOD, CA  92397

C#: 951-781-4949  J#: 951-781-4949
```

```
PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA  92507
```

```
Customer.... 683293
Invoice #... 66636481-004
Invoice date  8/24/07
Date out....  8/24/07   11:45 AM
Date in.....  8/24/07   11:45 AM

Job Loc..... 24490 TABLE MOUNTAIN ROAD, WR
Job No...... 4 - JPL - JPL - JPL
P.O. #...... JPL378
Ordered By.. KEVIN
Written by.. UR510RS1
Salesperson. 6499
Credit Inv.. 66636481-003
```

**PLEASE REMIT PAYMENT TO:**
**UNITED RENTALS NORTHWEST, INC.**
**FILE 51122**
**LOS ANGELES, CA 90074-1122**

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | BACKHOE/LOADER 60-90HP 4WD  * | 250.00 | 250.00 | 950.00 | 2850.00 | 250.00- |
|   | 746209   Make: JOHN DEERE Model: 310G  Ser #: T0310GX949462 | | | | | |
|   | HR OUT:           HR IN: | | | | | |
| 1 | BACKHOE BREAKER LARGE       * | 312.00 | 312.00 | 1226.00 | 3360.00 | 312.00- |
|   | 620425   Make: KENT  Model: KF6  Ser #: 5275 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 2.690 | 2.69- |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |
|   | Reason: OVER BILLED DAYS CREDIT | | | | |

```
MEET PAT AT 6:30AM AT MCDONALD'S OFF
THE 15FRWY AND 138.  CALL PAT WHEN YOU
ARRIVE AT (951) 538-7486
```

```
Sub-total:   564.69-
      Tax:    43.77-
    Total:   608.46-
```



**COPY**

***ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  *Customer Accepts  (_____)          Customer Declines  (_____)*

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4)  This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____
  CUSTOMER SIGNATURE          DATE          NAME PRINTED                          DELIVERED BY                DATE
             **A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**

# United Rentals

LOCATION #504
9606 EAST FIRESTONE BLVD
DOWNEY, CA 90241
562-861-0978
562-861-4489 FAX

# RENTAL RETURN INVOICE
** COPY **

JPL
4800 OAK GROVE DRIVE BLD 79
MP 535 E-5
PASADENA, CA 91103
C#: 951-781-4949 J#: 951-538-3750

| Customer.... | 683293 |
| Invoice #... | 67701365-001 |
| Invoice date | 8/29/07 |
| Date out.... | 8/23/07  7:00 AM |
| Date in..... | 8/23/07  3:13 PM |
| Job Loc..... | 4800 OAK GROVE DRIVE, |
| Job No...... | 1 - JPL |
| P.O. #...... | 446 |
| Ordered By.. | KEVIN |
| Written by.. | UR502RK1 |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | BOOM 40FT-50FT IC ARTIC 4WD * | 283.00 | 283.00 | 1097.00 | 2845.00 | 283.00 |
| | 916812   Make: GENIE  Model: Z45/25  Ser #: Z452507-31459 | | | | | |
| | HR OUT:  392.90   HR IN:  395.40   TOTAL:   2.50 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 1.350 | 1.35 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 1 | GAS | MCI | EA | 5.980 | 5.98 |
| | GAS | | | | |
| | UM: (EA) EACH | | | | |
| 3 | LPG | MCI | EA | 3.000 | 9.00 |
| | PROPANE | | | | |
| | UM: (EA) EACH | | | | |

DELIVERY CHARGE ............ 95.00

PICKUP CHARGE ............ 95.00

JPL
4800 OAK GROVE DRIVE
PASADENA
MP 535 E-5 KEVIN (951)538-3750

| Sub-total: | 483.35 |
| Fuel: | 5.98 |
| Tax: | 32.52 |
| Total: | 521.85 |

***RES# 67695376 DB LWP
RENTAL PROTECTION DECLINED

COPY

**ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence. *Customer Accepts (_____)* *Customer Declines (_____)*

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.     (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  *TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.*

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**



# United Rentals

LOCATION #902
9606 EAST FIRESTONE BLVD
DOWNEY, CA 90241
562-861-0978
562-861-4489 FAX

# RENTAL RETURN INVOICE
** COPY **



---

JPL
4800 OAK GROVE DRIVE BLD 79
MP 535 E-5
PASADENA, CA 91103
C#: 951-781-4949  J#: 951-538-3750

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

---

```
Customer.... 683293
Invoice #... 67809620-001
Invoice date  8/29/07
Date out.....  8/27/07    12:00 PM
Date in.....   8/28/07    11:31 AM

Job Loc..... 4800 OAK GROVE DRIVE,
Job No......  1 - JPL
P.O. #......  449
Ordered By.. KEVIN CLARKE
Written by.. UR502RK1
Salesperson.  6686
Terms...... Net 30 Days
```

**PLEASE REMIT PAYMENT TO:**
**UNITED RENTALS NORTHWEST, INC.**
**FILE 51122**
**LOS ANGELES, CA 90074-1122**

---

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | DEMO HAMMER 60# ELECTRIC | 51.00 | 85.00 | 340.00 | 950.00 | 85.00 |
|   | 708249   Make: SB PWRTOOL   Model: 11304K   Ser #: 490000582 | | | | | |
| 1 | MOIL POINT 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 75.00 | 11.00 |
| 1 | CHISEL 1-1/8 IN X 6 IN | 11.00 | 11.00 | 43.00 | 86.00 | 11.00 |
|   | | | | | | 95.00 |
|   | DELIVERY CHARGE | | | | | |
|   | | | | | | 95.00 |
|   | PICKUP CHARGE | | | | | |

```
        JPL
        4800 OAK GROVE DRIVE           Sub-total:  297.00
        PASADENA
        MP 535 E-5 KEVIN (951)538-3750       Tax:   16.67
                                           Total:  313.67
        ***RES# 67807411 DB LWP
        RENTAL PROTECTION DECLINED
```



---

**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence. **Customer Accepts (_____)**          **Customer Declines (_____)**

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the *TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.*

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**

**United Rentals**

LOCATION #502
6606 EAST FIRESTONE BLVD
SOUTH GATE, CA 90241
562-861-0978
562-861-4489 FAX

# RENTAL RETURN INVOICE
** COPY **

**Job Site**

JPL
4800 OAK GROVE DRIVE BLD 79
MP 535 E-5
PASADENA, CA 91103
C#: 951-781-4949  J#: 951-538-3750

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 67937051-001 |
| Invoice date | 9/06/07 |
| Date out.... | 8/31/07   7:15 AM |
| Date in..... | 8/31/07   3:31 PM |
| Job Loc..... | 4800 OAK GROVE DRIVE, PASADEN |
| Job No..... | 1 - JPL |
| P.O. #..... | 360 |
| Ordered By.. | KEVIN CLARKE |
| Written by.. | UR502RK1 |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | BOOM 40FT-50FT IC ARTIC 4WD * | 283.00 | 283.00 | 1097.00 | 2845.00 | 283.00 |
| | 916812   Make: GENIE  Model: Z45/25   Ser #: Z452507-31459 | | | | | |
| | HR OUT:  395.80   HR IN:   398.10   TOTAL:   2.30 | | | | | |

| SALES | ITEMS: | | | | Price | Amount |
|---|---|---|---|---|---|---|
| Qty | Item number | | Stock class | Unit | | |
| 1 | ENV | | MCI | EA | 1.350 | 1.35 |
| | ENVIRONMENTAL CHARGE | | | | | |
| | UM: (EA) EACH | | | | | |
| 5 | LPG | | MCI | EA | 3.000 | 15.00 |
| | PROPANE | | | | | |
| | UM: (EA) EACH | | | | | |
| | DELIVERY CHARGE | | | | | 95.00 |
| | PICKUP CHARGE | | | | | 95.00 |

JOBSITE CNTCT KEVIN CLARKE 951-538-3750*

|  | |
|---|---|
| Sub-total: | 489.35 |
| Tax: | 32.53 |
| Total: | 521.88 |

RENTAL PROTECTION DECLINED



**ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge. Included in the above is federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence. *Customer Accepts (____)*    *Customer Declines (____)*

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) This Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the *TERMS AND CONDITIONS* ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# United Rentals

## RENTAL RETURN INVOICE
### ** COPY **

LOCATION #302
8606 EAST FIRESTONE BLVD
DOWNEY, CA  90241
562-861-0978
562-861-4489 FAX

**Job Site**

JPL
4800 OAK GROVE DRIVE BLD 79
MP 535 E-5
PASADENA, CA  91103
C#: 951-781-4949  J#: 951-538-3750

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA  92507

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 68354380-001 |
| Invoice date | 9/24/07 |
| Date out.... | 9/19/07   7:00 AM |
| Date in..... | 9/19/07   2:04 PM |
| Job Loc..... | 4800 OAK GROVE DRIVE, PASADEN |
| Job No...... | 1 - JPL |
| P.O. #...... | 364 |
| Ordered By.. | KEVIN CLARKE |
| Written by.. | UR502PY |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | LIFT MATERIAL 24-25 FT 0-400L | 86.00 | 86.00 | 323.00 | 882.00 | 86.00 |
| | 768523    Make: GENIE  Model: SLC24  Ser #: SLC05-32501 | | | | | |
| 1 | LIFT MATERIAL 24-25 FT 0-400L | 86.00 | 86.00 | 323.00 | 882.00 | 86.00 |
| | 768522    Make: GENIE  Model: SLC24  Ser #: SLC05-32500 | | | | | |
| 1 | LIFT MATERIAL 24-25 FT 0-400L | 86.00 | 86.00 | 323.00 | 882.00 | 86.00 |
| | 768521    Make: GENIE  Model: SLC24  Ser #: SLC05-32499 | | | | | |
| | DELIVERY CHARGE | | | | | 95.00 |

MP 535 E-5 KEVIN (951)538-3750

RENTAL PROTECTION DECLINED

Sub-total: 353.00
Tax: 29.14
Total: 382.14



COPY

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:   *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*   Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   *Customer Accepts  (_____ )*          *Customer Declines  (_____ )*

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.     (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____
CUSTOMER SIGNATURE          DATE          NAME PRINTED                              DELIVERED BY                    DATE
A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

Case 3:08-cv-01384-... Document 1 Filed 03/14/08 Page 48 of 63

# United Rentals

# RENTAL RETURN INVOICE
** COPY **



```
JPL
4800 OAK GROVE DRIVE BLD 79
MP 535 E-5
PASADENA, CA  91103
C#: 951-781-4949 J#: 951-538-3750
```

```
Customer.... 683293
Invoice #... 68536812-001
Invoice date  9/28/07
Date out....  9/26/07    7:00 AM
Date in.....  9/27/07   10:35 AM

Job Loc...... 4800 OAK GROVE DRIVE, PASADEN
Job No...... 1 - JPL
P.O. #...... 364
Ordered By.. KEVIN CLARKE
Written by.. UR502RK1
Salesperson. 6686
Terms....... Net 30 Days
```

```
PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA  92507
```

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | LIFT MATERIAL 24-25 FT 0-400L | 86.00 | 86.00 | 323.00 | 882.00 | 86.00 |
|   | 768523   Make: GENIE  Model: SLC24  Ser #: SLC05-32501 | | | | | |
| 1 | LIFT MATERIAL 24-25 FT 0-400L | 86.00 | 86.00 | 323.00 | 882.00 | 86.00 |
|   | 768522   Make: GENIE  Model: SLC24  Ser #: SLC05-32500 | | | | | |
| 1 | LIFT MATERIAL 24-25 FT 0-400L | 86.00 | 86.00 | 323.00 | 882.00 | 86.00 |
|   | 768521   Make: GENIE  Model: SLC24  Ser #: SLC05-32499 | | | | | |
|   | | | | | | 95.00 |
|   | PICKUP CHARGE | | | | | |

```
JPL
4800 OAK GROVE DRIVE
PASADENA
MP 535 E-5 KEVIN (951)538-3750
```

Sub-total:  353.00
Tax:   21.30
Total:  374.30

```
OPENED FROM PREVIOUS CONTRACT 68354380
RENTAL PROTECTION DECLINED
Credit of .50 hrs
```



COPY

**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:**  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to **14%** of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  *Customer Accepts (____)*        Customer Declines (____)

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is **14%** of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.  (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**

# RENTAL RETURN INVOICE
** COPY **

**United Rentals**

LOCATION #504
8506 CASE FIRESTONE BLVD
DOWNEY, CA 90241
562-861-0978
562-861-4489 FAX

JPL
4800 OAK GROVE DRIVE BLD 79
MP 535 E-5
PASADENA, CA 91103
C#: 951-781-4949 J#: 951-538-3750

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 69071201-001 |
| Invoice date | 10/18/07 |
| Date out..... | 10/15/07  7:00 AM |
| Date in..... | 10/16/07  8:32 AM |
| Job Loc..... | 4800 OAK GROVE DRIVE, PASADEN |
| Job No...... | 1 - JPL |
| P.O. #...... | 505 |
| Ordered By.. | KEVIN CLARK |
| Written by.. | UR502RK1 |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | FORKLIFT WHSE 5000 GAS/PROP * | 172.00 | 172.00 | 672.00 | 1810.00 | 172.00 |
| | 616927  Make: HYSTER  Model: H50XM  Ser #: H177B49115B | | | | | |
| | HR OUT:  970.90  HR IN:  972.00  TOTAL:  1.10 | | | | | |

*************************************
PENDING DAMAGE REVEIW. UNIT WAS NOTED TO
HAVE DAMAGES UPON RETURN.
***************************************

| | | | | | | N/C |
|---|---|---|---|---|---|---|
| 1 | PROPANE TANK 10 FORKLIFT  * | | | | | |

| | SALES ITEMS: | Stock class | Unit | | Price | Amount |
|---|---|---|---|---|---|---|
| Qty | Item number | MCI | EA | | .820 | .82 |
| 1 | ENV | | | | | |
| | ENVIRONMENTAL CHARGE | | | | | |
| | UM: (EA) EACH | MCI | EA | | 3.000 | 12.00 |
| 4 | LPG | | | | | |
| | PROPANE | | | | | |
| | UM: (EA) EACH | | | | | 95.00 |
| | DELIVERY CHARGE | | | | | 95.00 |
| | PICKUP CHARGE | | | | | |

JPL
4800 OAK GROVE DRIVE
PASADENA
MP 535 E-5 KEVIN (951)538-3750

RENTAL PROTECTION DECLINED

| | |
|---|---|
| Sub-total: | 374.82 |
| Tax: | 23.09 |
| Total: | 397.91 |



COPY

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  **Customer Accepts  (_____)**      **Customer Declines  (_____)**

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.  (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.





Case 3:08-cv-01386-W-NLS Document 1 Filed 07/31/2008 Page 50 of 63

**LOCATION #502**
UNITED RENTALS
9696 EAST FIRESTONE BLVD
DOWNEY, CA 90241
562-861-0978

**WORK ORDER INVOICE**
*Copy*

Site

4800 OAK GROVE DR    PASADENA

C#: 951-781-4949 J#: 562-861-0978

| Customer #.. | 683293 |
|---|---|
| Invoice#.... | 68817750-001 |
| Date........ | 10/24/07 |
| Job Loc.... : | 4800 OAK GROVE DR    PASADENA |
| Job No...... | |
| P.O. #...... | 364 |
| Authorized.. | KEVIN/CARL |
| Received on. | 10/03/07 |
| Finished on. | 10/24/07 |
| Last con/cus | 70865781/ 751478 |
| Written by.. | UR502CJ |

Customer

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| EQUIP # | Make | Model | Serial # | Description |
|---|---|---|---|---|
| 768522 | GENIE | SLC24 | SLC05-32500 | LIFT MATERIAL 24-25 Cat/Class 330-9724 |

**Work To Be Done**
In Service Inspection - STAGE 1&2 GET STUCK

PARTS:
| Qty | Part Number | Description | Stk/Cls | Bin Loc | U/M | Price | Extended |
|---|---|---|---|---|---|---|---|
| 2 | 57029-S | COLUMN #2 | GENIE | | EA | 302.020 | 604.04 |
| 1 | 7251 | CABLE ASSEMBLY | GENIE | GREGAREA | EA | 47.320 | 47.32 |
| 1 | 57028-S | COLUMN #1 | GENIE | | EA | | N/C |
| 1 | ENV | ENVIRONMENTAL CHARGE | MCI | | EA | 3.350 | 3.35 |

LABOR:
| | Hours Work | | Rate | Extended |
|---|---|---|---|---|
| Mechanic | | | | 47.50 |
| GREG GRAHAM | .50 RENTAL & SERVICE DUE INSPECTIO | | 95.00 | |

COMPLAINT:
return with 3 columns bent due to overloading the
unit when lifting
CAUSE:
overload column
CORRECTION:
remove all columns to replace 3 columns,the winch
cable,assemble unit - test functions -satisfactory



| Total Parts & Materials | 654.71 |
|---|---|
| Total Labor | 47.50 |
| Tax | 54.00 |
| **Total Amount** | **756.21** |

**IMPORTANT - PLEASE READ CAREFULLY**   CUSTOMER AGREES TO ALL TERMS AND CONDITIONS SHOWN ON THE BACK, AND FRONT, OF THIS CONTRACT. CUSTOMER ASSUMES FULL RESPONSIBILITY FOR ALL ITEMS, INCLUDING THEIR SAFETY AND PROPER USE, OPERATION, MAINTENANCE, STORAGE, AND TRANSPORTATION.
**WARRANTY DISCLAIMER:**  AS DESCRIBED ON THE BACK OF THIS CONTRACT, UNITED RENTALS MAKES NO WARRANTIES OF MERCHANTABILTY OR FITNESS FOR A PARTICULAR PURPOSE, OR ANY OTHER WARRANTIES, ESPRESS OR IMPLIED.
THE TERMS AND CONDITIONS ON THIS SERVICE CONTRACT FORM THE SOLE AGREEMENT BETWEEN CUSTOMER AND UNITED RENTALS.
CUSTOMER ACKNOWLEDGES THAT HE HAS RECIEVED IN GOOD ORDER ALL ITEMS, SERVICE AND OTHER GOODS LISTED ON THE FACE OF THIS CONTRACT.

X
CUSTOMER SIGNATURE          DATE          NAME PRINTED                UNITED RENTALS AGENT          DATE
A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# United Rentals

**LOCATION #502**
**8045 EAST FIRESTONE BLVD**
**DOWNEY, CA 90241**
**562-861-0978**
**562-861-4489 FAX**

# RENTAL RETURN INVOICE
** COPY **

JPL
4800 OAK GROVE DRIVE BLD 79
MP 535 E-5
PASADENA, CA 91103
C#: 951-781-4949 J#: 951-538-3750

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 69186161-001 |
| Invoice date | 10/26/07 |
| Date out.... | 10/18/07 7:00 AM |
| Date in..... | 10/19/07 11:11 AM |
| Job Loc..... | 4800 OAK GROVE DRIVE, PASADEN |
| Job No...... | 1 - JPL |
| P.O. #...... | 501 |
| Ordered By.. | KEVIN CLARK |
| Written by.. | UR502RK1 |
| Salesperson. | 6686 |
| Terms....... | Net 30 Days |

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| 1 | CORE DRILL MACHINE | | 84.00 | 84.00 | 348.00 | 1008.00 | 84.00 |
| | 463132 Make: DIMAS | Model: 752 | Ser #: 30014 | | | | |
| 1 | DIAMOND CORE BIT 4 IN | | 50.00 | 50.00 | 150.00 | 450.00 | 50.00 |
| | | | | | | | 95.00 |
| | DELIVERY CHARGE | | | | | | 95.00 |
| | PICKUP CHARGE | | | | | | |

JPL
4800 OAK GROVE DRIVE
PASADENA
MP 535 E-5 KEVIN (951)538-3750

RENTAL PROTECTION DECLINED
Credit of .00 hrs

Sub-total: 324.00
Tax: 18.90
Total: 342.90



COPY

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: THE RENTAL PROTECTION PLAN IS NOT INSURANCE! Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence. Customer Accepts (____) Customer Declines (____)

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (4) This Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment. (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____          DELIVERED BY _____ DATE _____
CUSTOMER SIGNATURE    DATE    NAME PRINTED
A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.



**United Rentals**

# RENTAL RETURN INVOICE
** COPY **

<table>
<tr><td rowspan="10">Job Site</td><td>U S NAVAL WEAPONS STATION<br>SEAL BEACH BLVD & WESTMINISTER<br>SEAL BEACH, CA  90740<br><br>C#: 951-781-4949  J#: 909-781-4949</td></tr>
</table>

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 69500110-001 |
| Invoice date | 10/31/07 |
| Date out.... | 10/30/07  9:53 AM |
| Date in..... | 10/31/07  9:06 AM |
| Job Loc..... | SEAL BEACH BLVD & WESTMINISTE |
| Job No..... | U S NAVAL WEAPONS |
| P.O. #...... | 435541 |
| Ordered By.. | BUD |
| Written by.. | UR550GG |
| Salesperson. | 7367 |
| Terms....... | Net 30 Days |

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA  92507

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | WELDER ARC 125 - 140 AMP    * | 50.00 | 50.00 | 200.00 | 550.00 | 50.00 |
| | 729114    Make: MULTIQUIP  Model: GAW135H  Ser #: 551-5683 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | .240 | .24 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |

|  |  |
|---|---|
| Sub-total: | 50.24 |
| Tax: | 3.90 |
| Total: | 54.14 |

RENTAL PROTECTION DECLINED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:   *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*   Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge  equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   *Customer Accepts  (_____)*            *Customer Declines  (_____)*

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | | DELIVERED BY | DATE |
|---|---|---|---|---|---|

*A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.*

LOCATION #510
16672 MARIPOSA AVENUE
VICTORVILLE, CA 92345
760-947-4810
760-947-5452 FAX

# United Rentals

# 4 WEEK BILLING INVOICE
** COPY **

| | |
|---|---|
| **Job Site** | YERMO BASE<br>BLDG 560<br>YERMO, CA 92398<br><br>C#: 951-781-4949  J#: 951-781-4949 |

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 65387178-008 |
| Invoice date | 12/23/07 |
| Date out.... | 5/29/07    7:42 AM |
| Billed thru. | 1/08/08 |
| | |
| Job Loc..... | BLDG 560, YERMO |
| Job No..... | 1 - YERMO BASE |
| P.O. #...... | 184605 |
| Ordered By.. | JASON PAGE |
| Written by.. | CYCLE BILL |
| Salesperson. | 6107 |
| Terms....... | Net 30 Days |

| | |
|---|---|
| **Customer** | PHOENIX CONST SVCS RIVERSIDE<br>2305 CHICAGO AVE<br>RIVERSIDE, CA  92507 |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | G.F.I. TEMPOWER BOX | 25.00 | 25.00 | 45.00 | 90.00 | 90.00 |
| 1 | G.F.I. TEMPOWER BOX | 25.00 | 25.00 | 45.00 | 90.00 | 90.00 |
| 1 | TEMPOWER CORD #6-4 X 50 FT | 20.00 | 20.00 | 40.00 | 80.00 | 80.00 |
| 1 | TEMPOWER CORD #6-4 X 50 FT | 20.00 | 20.00 | 40.00 | 80.00 | 80.00 |
| 1 | TEMPOWER CORD #6-4 X 50 FT | 20.00 | 20.00 | 40.00 | 80.00 | 80.00 |
| 1 | TEMPOWER CORD #6-4 X 50 FT | 20.00 | 20.00 | 40.00 | 80.00 | 80.00 |
| 1 | TEMPOWER CORD #6-4 X 50 FT | 20.00 | 20.00 | 40.00 | 80.00 | 80.00 |
| 1 | TEMPOWER CORD #6-4 X 50 FT | 20.00 | 20.00 | 40.00 | 80.00 | 80.00 |

|  |  |
|---|---|
| Sub-total: | 660.00 |
| Tax: | 51.16 |
| Total: | 711.16 |

BILLED FOR FOUR WEEKS 12/11/07 THRU  1/08/08  07:42 AM
RENTAL PROTECTION DECLINED



COPY

**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:**  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   *Customer Accepts*  (_____)         *Customer Declines*  (_____)

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

| X | | | |
|---|---|---|---|
| **CUSTOMER SIGNATURE** | **DATE** | **NAME PRINTED** | **DELIVERED BY**       **DATE** |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# United Rentals

# RENTAL RETURN INVOICE
** COPY **

**Job Site**

YERMO BASE
BLDG 560
YERMO, CA 92398

C#: 951-781-4949  J#: 951-781-4949

**Customer**

PHOENIX CONST SVCS RIVERSIDE
2305 CHICAGO AVE
RIVERSIDE, CA 92507

| | |
|---|---|
| Customer.... | 683293 |
| Invoice #... | 65387178-009 |
| Invoice date | 1/16/08 |
| Date out.... | 5/29/07    7:42 AM |
| Date in..... | 1/16/08    4:58 PM |
| Last billed. | 1/16/08 |
| Job Loc..... | BLDG 560, YERMO |
| Job No..... | 1 - YERMO BASE |
| P.O. #...... | 184605 |
| Ordered By.. | JASON PAGE |
| Written by.. | UR510DF |
| Salesperson. | 6107 |
| Terms....... | Net 30 Days |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
FILE 51122
LOS ANGELES, CA 90074-1122

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | G.F.I. TEMPOWER BOX | 25.00 | 25.00 | 45.00 | 90.00 | 90.00 |
| 1 | G.F.I. TEMPOWER BOX | 25.00 | 25.00 | 45.00 | 90.00 | 90.00 |
| 1 | TEMPOWER CORD #6-4 X 50 FT | 20.00 | 20.00 | 40.00 | 80.00 | 80.00 |
| 1 | TEMPOWER CORD #6-4 X 50 FT | 20.00 | 20.00 | 40.00 | 80.00 | 80.00 |
| 1 | TEMPOWER CORD #6-4 X 50 FT | 20.00 | 20.00 | 40.00 | 80.00 | 80.00 |
| 1 | TEMPOWER CORD #6-4 X 50 FT | 20.00 | 20.00 | 40.00 | 80.00 | 80.00 |
| 1 | TEMPOWER CORD #6-4 X 50 FT | 20.00 | 20.00 | 40.00 | 80.00 | 80.00 |
| 1 | TEMPOWER CORD #6-4 X 50 FT | 20.00 | 20.00 | 40.00 | 80.00 | 80.00 |

|  | |
|---|---|
| Sub-total: | 660.00 |
| Tax: | 51.16 |
| Total: | 711.16 |

FINAL BILL: 1/08/08 07:42 AM THRU 1/16/08 04:58 PM.
RENTAL PROTECTION DECLINED

COPY

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: THE RENTAL PROTECTION PLAN IS NOT INSURANCE! Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    Customer Accepts (____)        Customer Declines (____)

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

**EXHIBIT 3**

# U.S.Rentals

## CREDIT APPLICATION

To U.S. Rentals, Inc.: For the purpose of procuring and establishing credit, from time to time, with U.S. Rentals, the undersigned Applicant furnishes the following information, including the attached Financial Statement. Applicant represents and warrants said information is true and correct and a true and complete statement of its financial condition.

P.E.

**MAIL THIS APPLICATION TO:**
**U.S. RENTALS**
10625 Monte Vista Ave.
Montclair, Calif. 91763

**CUSTOMER:** *Phoenix Construction*

| APPLICANT: BUSINESS OR CORPORATE NAME | APPLICATION DATE |
|---|---|
| MRR Construction Services Inc. DBA Phoenix Construction | 4-15-92 |

| BUSINESS STREET ADDRESS | BILLING ADDRESS: STREET OR P.O. BOX |
|---|---|
| 1425 Telephone Ave #12 | |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Chino | CA | 91710 | | | |

| BUSINESS TELEPHONE NO. | YEAR BUSINESS WAS ESTABLISHED | NUMBER OF EMPLOYEES | HAVE YOU PREVIOUSLY HAD AN OPEN ACCOUNT AT ANY U.S. RENTALS LOCATION? |
|---|---|---|---|
| 714) 465-6475 | 1/2 | 5 | YES  X NO |

| WE ARE ENGAGED IN THE BUSINESS OF | ESTIMATED TOTAL MONTHLY RENTALS AND PURCHASES FROM U.S. RENTALS: | TYPE OF BUSINESS: |
|---|---|---|
| Construction | $ 1,000- | ☐ SOLE PROPRIETOR  ☐ PARTNERSHIP  X CORPORATION |

| CONTRACTOR'S LICENSE NO. | RESALE PERMIT NO. | PRINCIPAL PLACE OF BUSINESS IS: |
|---|---|---|
| 459277 | N/A | ☐ OWNED  X RENTED |

**OWNERS (IF APPLICANT IS A SOLE PROPRIETOR OR PARTNERSHIP)** / **OFFICERS (IF CORPORATION)**

| NAME | TITLE | SOCIAL SECURITY NO. | HOME TELEPHONE NO. |
|---|---|---|---|
| Rosario Girard | President | 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 | 714) 279-5775 |

| HOME ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 2637 Roca Circle | Corona | CA | 91719 |

| NAME | TITLE | SOCIAL SECURITY NO. | HOME TELEPHONE NO. |
|---|---|---|---|
| J. Williams | Treasure | 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 | 714) 823-1811 |

| HOME ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 14388 Santa Ana | Fontana | CA | 92334 |

| NAME | TITLE | SOCIAL SECURITY NO. | HOME TELEPHONE NO. |
|---|---|---|---|
| Raul Wheeler | Secretary | 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 | 628-2381 (714) |

| HOME ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 4400 Philadelphia Sp. 131 | Chino | CA | 91710 |

**BANK OR SAVINGS AND LOAN ASSOCIATION**

| NAME | BRANCH ADDRESS | ACCOUNT NO. | TELEPHONE NO. |
|---|---|---|---|
| Chino Valley | 12808 Central Ave Chino | 231-132447 | 627-7316 (714) |
| NAME | BRANCH ADDRESS | ACCOUNT NO. | TELEPHONE NO. |
| | | | |

**TRADE REFERENCES (LIST AT LEAST THREE)**

| NAME | ADDRESS | TELEPHONE NO. |
|---|---|---|
| Sul Rock | 5435 Peck Rd Arcadia CA | 818) 443-0111 |
| Blue Diamond | 3000 E. South St. Long Beach CA | 213) 634-6698 |
| Standard Concrete | P.O. Box 15326 Santa Ana CA | 213) 723-3673 |
| Hertz Rental | P.O. Box 2537 City of Industry | 213) 695-8267 |

Has Applicant or any of its Owners, Principals, Partners, Officers, or Directors ever filed a voluntary petition in bankruptcy, been adjudged bankrupt, or made an assignment for the benefit of creditors? WRITE ANSWER YES or NO.    IF YES, EXPLAIN BELOW:

*NO*

## APPLICANT: PLEASE COMPLETE AND SIGN OTHER SIDE

| SPACES BELOW ARE FOR U.S. RENTALS USE ONLY | | | | | | | |
|---|---|---|---|---|---|---|---|
| P.C. NO. | P.C. MGR. APPROVAL | 1035 | SALES TAX | CREDIT CHECK | CREDIT APPROVAL NO. | APPROVAL DATE |
| 09 | | | | | | |

# PLEASE SUPPLY THE FOLLOWING INFORMATION TO HELP US BETTER SERVE YOUR ACCOUNT:

17. Do you require a purchase order or requisition number on each invoice? (If you do, equipment will not be released without a purchase order.) ☐ Yes ☒ No

18. Do you have any restrictions on who can authorize or sign rental contracts on behalf of your firm? ☐ Yes ☒ No (If yes, please explain)

19. Do you require a monthly statement of your account? ☒ Yes ☐ No

20. Do you wish to purchase Damage and Theft Waiver on each contract, when offered? ☐ Yes ☐ No

    **PLEASE READ CAREFULLY**

    * Damage and Theft Waiver is not offered at all locations, or on all contracts, and does NOT cover repairs to tires, damage or theft of accessories; or any costs resulting from customer negligence.
    * If you do not purchase Damage and Theft Waiver on a rental contract, you must provide the Profit Center Manager with proof of insurance, in the form of an all risk equipment floater naming U.S. Rentals, Inc. as a loss payee on any and all equipment rented from U.S. Rentals.
    * If you do not purchase Damage and Theft Waiver on any rental contract, you may be responsible for the full cost of any and all repairs or the full replacement cost of the equipment, in accord with the terms printed on the front and reverse of each rental contract.


## OPEN ACCOUNT CREDIT TERMS:

1. Each invoice is due and payable within 10 days from invoice date, except as otherwise shown on the face of the invoice.
2. If equipment is rented for more than 4 weeks, periodic invoices will be issued for rental charges due. All such invoices are due and payable within 10 days from invoice date.
3. Any account with a delinquent balance may be placed on a cash basis at any time, and the equipment picked up without notice, at the discretion of U.S. Rentals.
4. U.S. Rentals files preliminary lien notices and mechanics' liens whenever the total billing warrants such action. This is a company policy, and is not a reflection on your credit standing.
5. U.S. Rentals adds to each delinquent account a monthly service charge of 2% or the maximum permitted by law in the state where the contract is signed.

THE UNDERSIGNED, warrants that all information on this Credit Application is true and correct, has read and hereby accepts all of the above open account credit terms and conditions and shall be bound by all of the terms and conditions as set forth in each and every rental contract as equipment is ordered by the undersigned or his agents.

DATE: _4-15-92_

NAME: _Rosario Girard_

SIGNATURE: _Rosario Girard_

TITLE: _President_


## PERSONAL GUARANTEE:

The undersigned hereby unconditionally guarantee(s) the full and prompt payment to U.S. Rentals when due of all indebtedness, obligations and liabilities of customer named on the reverse of this Credit Application, including all amounts now owing and arising in the future.

This guarantee shall continue in force until notice in writing sent by registered or certified mail, return receipt requested, is received by U.S. Rentals, Inc. This notice shall specify the date of termination, not to be less than seven (7) days after the notice is received, and shall not affect any charges for transactions with the customer that were entered into prior to the termination date.

DATE: _4-15-92_

SIGNATURE: _Rosario Girard_

# EXHIBIT "3"



**ABLE EQUIPMENT RENTAL**
8843 Orangethorpe Ave.
Buena Park, CA 90621
(714) 521-5602 • Fax (714) 521-0853

| 2 6 2 5 2 — | APPROVED BY | DATE | CREDIT LIMIT |
|---|---|---|---|
| **ACCOUNT #** | | | |

Date Received _____     Salesman # __75__     Business Type _____

## BUSINESS INFORMATION

APPLICATION DATE
05-22-97

BUSINESS OR CORPORATE NAME
Phoenix Construction Services

DBA OR OTHER BUSINESS NAME
ROSARIO RAMERIZ GIRARD dba PHOENIX CONSTRUCTION SERVICES

BUSINESS STREET ADDRESS          BILLING ADDRESS:
12155 MAGNOLIA AVENUE # 4-H

CITY                    STATE    ZIP          CITY                    STATE    ZIP
RIVERSIDE,   CALIF.   92503

BUSINESS TELEPHONE NO.          BUSINESS FAX NO.
( 909 ) 352-9660          (909 ) 352-9663

TYPE OF BUSINESS: ☐ SOLE PROPRIETORSHIP  ☐ PARTNERSHIP
☒ CORPORATION: DATE INCORPORATED: 1-1-97

YEAR BUSINESS WAS ESTABLISHED          HOW LONG UNDER CURRENT          NO. OF EMPLOYEES          PRINCIPAL PLACE OF BUSINESS IS:
1992                    OWNERSHIP? 5 YRS ___ MOS.          50          ☐ OWNED  ☒ RENTED

TYPE OF EQUIPMENT RENTED          CONTACT

WE ARE ENGAGED IN THE BUSINESS OF:          CONTRACTOR'S LICENSE NO.          MONTHLY CREDIT REQUESTED:
GENERAL ENG. CONTRACTING          G 88023          $

| PARTNERS (IF A PARTNERSHIP) | OFFICERS (IF A CORPORATION) | OWNER (IF SOLE PROPRIETORSHIP) |
|---|---|---|

| NAME | TITLE | DATE OF BIRTH | HOME PHONE NO. |
|---|---|---|---|
| ROSARIO R. GIRARD | PRESIDENT / CEO | | ( ) |
| HOME ADDRESS | CITY          STATE    ZIP | | SOCIAL SECURITY NO. |

| NAME | TITLE | DATE OF BIRTH | HOME PHONE NO. ( ) |
|---|---|---|---|
| HOME ADDRESS | CITY          STATE    ZIP | | SOCIAL SECURITY NO. |

| NAME | TITLE | DATE OF BIRTH | HOME PHONE NO. ( ) |
|---|---|---|---|
| HOME ADDRESS | CITY          STATE    ZIP | | SOCIAL SECURITY NO. |

## BANK REFERENCES

| NAME | ADDRESS | ACCOUNT NO. | PHONE NO. |
|---|---|---|---|
| WELLS FARGO BANK | 410 McKinley Corona | 0749-017406 | ( 909 371-8781 |
| NAME | ADDRESS | ACCOUNT NO. | PHONE NO. ( ) |

I authorize the bank listed above to provide the requested credit rating information on my account.

## TRADE REFERENCES

| NAME | ADDRESS | PHONE NO. | ACCOUNT NO. |
|---|---|---|---|
| EWING IRRIGATION | 2462 Polvorosa San Leandro, Calif. | ( 714 -432-7205 | 6013 |
| Agrichem Services | 36053 County Rd #31 Davis, Calif. | ( 916-753-4178 | PHOENIX |
| HYDROSCAPE PRODUCTS | 5805 Kearny Villa San Diego, Calif. | ( 619-560-1600 | 10081 |
| ROBERTSON READY MIX | 6830 Van Buren Riverside, Calif. | ( 909 685-2200 | N/A |

Has Applicant or any of its Owners, Principals, Partners, Officers, or Directors ever filed a voluntary petition in bankruptcy, been adjudged bankrupt, or made an assignment for the benefit of creditors? _NO_

Are taxes owed by Applicant to any taxing authority current? _YES_  Has a tax lien or civil suit been filed against Applicant or any of its Owners, Partners, or Officers within the past six years? _NO_

**PLEASE COMPLETE AND SIGN REVERSE.**

## CUSTOMER BILLING INFORMATION

Please indicate those items below that will assist you in processing payment most efficiently. We will make every effort to provide this information on each and every invoice.

_____ P.O. #    __X__ Job #    __X__ Job Name    _____ Tract #    _____ Job Address    _____ Signature

The following individuals are authorized to approve rental transactions on behalf of our company:

| ROSE GIRARD    PRESIDENT | JOSE SALINAS |
|---|---|
| Name                    Title | Name                    Title |
| STEVE GIRARD    PROJECT MGR. | JAIME ARROYO |
| Name                    Title | Name                    Title |
| JAMES (JIM) ANGELOSANTO LANDSCAPE SUPERINDENT | |
| Name                    Title | Name                    Title |

Do you want our rental counter to call your purchasing department at the time of rental for authorization? _____ Yes __X__ No

If yes, number to call: _____    Person to contact: _____

## DAMAGE WAIVER TERMS

Damage Waiver will be charged on all contracts unless a certificate of insurance is provided. We must be listed as an additional insured and   loss payee, and a minimum per item coverage of $100,000 is required. If a certificate of insurance is not on file at time of rental, the Damage Waiver fee will be charged on all contracts until the certificate is received at our office.

   **\* WILL BE FAXED OVER BY GENEVA INSURANCE**

## OPEN ACCOUNT CREDIT TERMS

- Our terms are Net 10th Prox. All invoices are due by the tenth day of the following month.

- Equipment rented for more than a 4-week period will be issued invoices every 4 weeks for the rental charges due.

## PRELIMINARY LIEN NOTICES

Able Equipment Rental files preliminary lien notices whenever total billing warrants such action. This is a company policy, and is not a reflection on your credit standing.

Person to contact for Preliminary Lien Information: __NANCY LIRA__    Telephone No: __909-352-9660__

THE UNDERSIGNED warrants that all of the information provided in this Credit Application is true and correct. We have read and  hereby agree to the terms of an open account and further agree to the terms and conditions as set forth in each and every rental contract. In case of default in payment, action instituted, it is agreed that the action shall be brought and tried in Orange County, California, and that we agree to pay the sum of reasonable attorney's fees and court costs. The undersigned authorizes the release of credit information to Able Equipment Rental for the purpose of establishing credit. Any corporate parties represent that if this Credit Application requires the approval of its board of directors and/or shareholders, such approval has been obtained and that the officers of any corporate party have been duly elected and qualified and are acting within the scope of their authority in executing this Credit Application.

_____    PRESIDENT    May 28, 57
Signature                    Title        Date

ROSARIO RAMIERZ GIRARD
Print Name

Personal Guarantee

The undersigned hereby personally guarantees the full and prompt payment of all obligations and liabilities of the customer named on the reverse side of this Credit Application to Able Equipment Rental, including amounts now owing and arising in the future. This guarantee shall remain in full force and affect until notice is received in writing by certified mail, return receipt requested. This notice shall specify the date of termination, not to be less than 10 (ten) days from the date of the notice, and shall not affect any charges incurred prior to the termination date.

_____    May 29, 57
Signature                    Date

ROSARIO RAMIERZ GIRARD
Print Name

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET
## ORIGINAL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | Phoenix Construction Services, Inc., a California corporation; MRR Construction Services, Inc., a California corporation; |

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Riverside**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
URTNOWSKI & ASSOCIATES, P.C.
18301 Von Karman, Suite 200,  Irvine, CA 92612   949/752-0010

Attorneys (If Known)

'08 CV 1389 L CAB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | SOCIAL SECURITY | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | IMMIGRATION | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
49 Stat. 793, c. 642 Section 1; 40 U.S.C. Sections 270a-270e

Brief description of cause:
Recovery under Miller Act and pendent claims.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 24,494.67

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)   JUDGE _____   DOCKET NUMBER _____

DATE 07/31/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 153588    AMOUNT $350    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

TAC  7/31/08

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 153522     — TC

## July 31, 2008
## 14:36:38

### Civ Fil Non-Pris

USAO #.: 08CV1389
Judge..: M. JAMES LORENZ
Amount.:                    $350.00 CK
Check#.: BC306842

## Total—> $350.00

FROM: USA
        VS
        PHOENIX CONST SERVICES