Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

United States of America for the use of: UNITED RENTALS NORTHWEST, INC., an Oregon corporation

vs

PHOENIX CONSTRUCTION SERVICES, INC., a California corporation; MRR CONSTRUCTION SERVICES, INC., a California corporation; CONTRACTORS BONDING AND INSURANCE COMPANY, a Washington corporation; WESTERN SURETY COMPANY, a South Dakota corporation; ROSARIO RAMIREZ GIRARD, an individual

FILED
2008 JUL 31 PM 2:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1389 L CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

J. Brian Urtnowski, Bar No. 117720
Urtnowski & Associates, P.C.
18301 Von Karman Ave., Suite 200
Irvine, CA 92612

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
J. PARIS

JUL 31 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)